IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 01-cv-01451-REB-CBS

(Consolidated with Civil Action Nos. 01-cv-01472-REB-CBS, 01-cv-01527-REB-CBS, 01-cv-01616-REB-CBS,      01-cv-01799-REB-CBS, 01-cv-01930-REB-CBS, 02-cv-00333-REB-CBS, 02-cv-00374-REB-CBS, 02-cv-00507-REB-CBS, 02-cv-00658-REB-CBS, 02-cv-00755-REB-CBS, 02-cv-00798-REB-CBS, 04-cv-00238-REB-CBS)

In re QWEST COMMUNICATIONS INTERNATIONAL, INC. SECURITIES LITIGATION

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

In light of the Stipulation and Order Withdrawing as Moot Plaintiff's Motion to Have the Deposition of Jack Grubman Taken in the Worldcom Litigation Deemed Produced (filed July 17, 2005; *doc. no. 748*) it is hereby **ORDERED** that the Motion to Have the Deposition of Jack Grubman In WorldCom Litigation Deemed Produce (filed June 30, 2005; *doc. no. 727*) is **DENIED**, as withdrawn.

**DATED:**      July 19, 2005