IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 01-cv-01451-REB-CBS

(Consolidated with Civil Action Nos. 01-cv-01472-REB-CBS, 01-cv-01527-REB-CBS, 01-cv-01616-REB-CBS,          01-cv-01799-REB-CBS, 01-cv-01930-REB-CBS, 02-cv-00333-REB-CBS, 02-cv-00374-REB-CBS, 02-cv-00507-REB-CBS, 02-cv-00658-REB-CBS, 02-cv-00755-REB-CBS, 02-cv-00798-REB-CBS, 04-cv-00238-REB-CBS)

In re QWEST COMMUNICATIONS INTERNATIONAL, INC. SECURITIES LITIGATION

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

Pending before the court is Lead Plaintiffs' Unopposed Motion Modifying the December 10, 2004 Corrected Stipulated And Amended Scheduling Order (Docket No. 749, Filed July 18, 2005). It is hereby

**ORDERED** the instant motion is **GRANTED.** From September 19, 2005 through October 19, 2005, the parties may serve requests for admissions on issues other than document authenticity. This Order modifies the relevant dates contained in the December 10, 2004 Corrected Stipulated and Amended Scheduling Order.

**DATED:**      July 22, 2005