IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 01-cv-01451-REB-CBS

(Consolidated with Civil Action Nos. 01-cv-01472-REB-CBS, 01-cv-01527-REB-CBS, 01-cv-01616-REB-CBS, 01-cv-01799-REB-CBS, 01-cv-01930-REB-CBS, 02-cv-00333-REB-CBS, 02-cv-00374-REB-CBS, 02-cv-00507-REB-CBS, 02-cv-00658-REB-CBS, 02-cv-00755-REB-CBS, 02-cv-00798-REB-CBS, 04-cv-00238-REB-CBS)

In re QWEST COMMUNICATIONS INTERNATIONAL, INC. SECURITIES LITIGATION

**ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

THIS MATTER comes before the Court on the parties' Stipulated Motion for an Order Granting Lead Plaintiffs Leave to Conduct the Depositions of Susan Cude and Kevin Baird and the Deposition of the Anschutz Company Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure After the Fact Discovery Cut-Off Date ("Stipulated Motion") filed on October 6, 2005 (*doc. no. 838*).  Upon consideration of the submission of the parties the Stipulated Motion is **GRANTED**.  It is hereby

**ORDERED** that:

1. Lead Plaintiffs may conduct the depositions of Kevin Baird and Susan Cude and the Rule 30(b)(6) deposition of the Anschutz Company after the fact discovery cut-off date;

2. Lead Plaintiffs shall schedule the depositions of Kevin Baird and Susan Cude no later than 30 days after one of the following events, whichever occurs first: (a) Qwest produces the Limited Waiver Documents; or (b) the Limited Waiver issue is finally adjudicated; and

3. Lead Plaintiffs shall schedule the Rule 30(b)(6) deposition of the Anschutz Company 45 days after this Court lifts the discovery stay as it pertains to defendants Philip F. Anschutz, Craig D. Slater and non-party Cannon Harvey.

DATED at Denver, Colorado, this 13th day of October, 2005.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge