IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 01-cv-01451-REB-CBS

(Consolidated with Civil Action Nos. 01-cv-01472-REB-CBS, 01-cv-01527-REB-CBS, 01-cv-01616-REB-CBS, 01-cv-01799-REB-CBS, 01-cv-01930-REB-CBS, 02-cv-00333-REB-CBS, 02-cv-00374-REB-CBS, 02-cv-00507-REB-CBS, 02-cv-00658-REB-CBS, 02-cv-00755-REB-CBS, 02-cv-00798-REB-CBS, 04-cv-00238-REB-CBS)

In re QWEST COMMUNICATIONS INTERNATIONAL, INC. SECURITIES LITIGATION

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

Pending before the court is parties' Agreed Motion Modifying the December 10, 2004 Corrected Stipulated and Amended Scheduling Order and the July 22, 2005 Minute Order Regarding Requests for Admissions and Contention Interrogatories (filed October 14, 2005; *doc. no. 845*).  It is hereby

**ORDERED** that the instant motion is **GRANTED**.  Pursuant to Fed. R. Civ. P. 26(b), the Court hereby orders that the period in which parties may serve requests for admissions and contention interrogatories is between **January 6, 2006** and **February 6, 2006**.

This order modifies the dates set forth in the Revised Scheduling Order in this action entered on March 19, 2004 ("[p]arties may serve contention interrogatories 15 days after the close of deposition discovery"), and the July 22, 2005 minute order entered by the Court.

**DATED:**      October 27, 2005