IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 01-cv-01451-REB-CBS

(Consolidated with Civil Action Nos. 01-cv-01472-REB-CBS, 01-cv-01527-REB-CBS, 01-cv-01616-REB-CBS, 01-cv-01799-REB-CBS, 01-cv-01930-REB-CBS, 02-cv-00333-REB-CBS, 02-cv-00374-REB-CBS, 02-cv-00507-REB-CBS, 02-cv-00658-REB-CBS, 02-cv-00755-REB-CBS, 02-cv-00798-REB-CBS, 04-cv-00238-REB-CBS)

In re QWEST COMMUNICATIONS INTERNATIONAL, INC. SECURITIES LITIGATION

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that the Motion Modifying the October 27, 2005, Minute Order Regarding Requests for Admissions and Contention Interrogatories (filed December 22, 2005; *doc. no. 901*) is **GRANTED**. The period in which parties may serve requests for admissions and contention interrogatories has been extended to **July 7, 2006** and **August 7, 2006**.

This order modifies the dates set forth in the October 27, 2005, minute order entered by this Court ("the period in which parties may serve requests for admissions and contention interrogatories is between January 6, 2006 and February 6, 2006").

**DATED:**     December 29, 2005