**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  01-cv-01451-REB-CBS
(Consolidated with Civil Action Nos. 01-cv-01472-REB-CBS, 01-cv-01527-REB-CBS, 01-cv-01616-REB-CBS, 01-cv-01799-REB-CBS, 01-cv-01930-REB-CBS, 02-cv-00333-REB-CBS, 02-cv-00374-REB-CBS, 02-cv-00507-REB-CBS, 02-cv-00658-REB-CBS, 02-cv-00755-REB-CBS; 02-cv-00798-REB-CBS; and 04-cv-00238-REB-CBS)

In re QWEST COMMUNICATIONS INTERNATIONAL, INC. SECURITIES LITIGATION

MINUTE ORDER

In view of the pendency of a settlement of this case as to all defendants except Joseph P. Nacchio and Robert S. Woodruff, and the court's imminent entry of an order approving the settlement preliminarily, the following motions are denied without prejudice:

- [#589] Motion to Certify Class, filed March 14, 2005;
- [#628] Iwan's Motion for Reconsideration, filed April 12, 2005;
- [#629] Andersen's Motion for Reconsideration, filed April 12, 2005;
- [#655] Motion to Clarify, filed May 16, 2005;
- [#656] Appeal of Magistrate Judge's Order re: motion to compel, filed May 17, 2005;
- [#667] Iwan's Motion to Compel, filed May 27, 2005;
- [#686] Motion to Compel, filed June 13, 2005;
- [#793] Motion for Reconsideration, filed August 29, 2005;
- [#799] Appeal of Magistrate Judge's Order re: motion to seal, filed September 1, 2005;
- [#823] Motion for Reconsideration, filed September 26, 2005;
- [#847] Appeal of Magistrate Judge's Order re: motion hearing, filed October 17, 2005; and
- [#873] Motion to File Out of Time Response, filed November 4, 2005

If the pending settlement is not approved as a final matter, the party seeking relief in any of the motions listed above may again seek such relief by requesting that their motion be reinstated as pending on the court's docket.

Dated:  January 5, 2006
----------------------------------------------------------------------------------------------------------------