**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  01-cv-01451-REB-CBS
(Consolidated with Civil Action Nos. 01-cv-01472-REB-CBS, 01-cv-01527-REB-CBS, 01-cv-01616-REB-CBS, 01-cv-01799-REB-CBS, 01-cv-01930-REB-CBS, 02-cv-00333-REB-CBS, 02-cv-00374-REB-CBS, 02-cv-00507-REB-CBS, 02-cv-00658-REB-CBS, 02-cv-00755-REB-CBS; 02-cv-00798-REB-CBS; and 04-cv-00238-REB-CBS)

In re QWEST COMMUNICATIONS INTERNATIONAL, INC. SECURITIES LITIGATION

This document relates to:

STICHTING PENSIONENFONDS ABP v. QWEST COMMUNICATIONS INTERNATIONAL INC., et al.

Civil Action No. 04-cv-000238-REB-CBS

## ORDER OF DISMISSAL

**Blackburn, J.**

On January 18, 2006, the parties filed a **Stipulation of Dismissal With Prejudice** [#917].  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that all claims asserted by Stichting Pensionenfonds, ABP against defendants, Citigroup Inc., Citigroup Global Markets Holdings Inc. (f/k/a Salomon Smith Barney Holdings Inc.), Citigroup Global Markets, Inc. (f/k/a Salomon Smith Barney Inc.), and Jack B. Grubman, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation of Dismissal With Prejudice** [#917], filed on January 18, 2006, is **APPROVED**;

2. That all claims asserted by Stichting Pensionenfonds, ABP, against defendants, Citigroup Inc., Citigroup Global Markets Holdings Inc. (f/k/a Salomon Smith Barney Holdings Inc.), Citigroup Global Markets, Inc. (f/k/a Salomon Smith Barney Inc.), and Jack B. Grubman, **ARE DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That defendants, Citigroup Inc., Citigroup Global Markets Holdings Inc. (f/k/a Salomon Smith Barney Holdings Inc.), Citigroup Global Markets, Inc. (f/k/a Salomon Smith Barney Inc.), and Jack B. Grubman, **ARE DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated January 18, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**