**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Patricia A. Coan**

| | |
|---|---|
| **Civil Action No.** 01-cv-01451-REB-PAC (Consolidated with Civil Action Nos., 01-cv-01472-REB-PAC, 01-cv-01527-REB-PAC, 01-cv-01616-REB-PAC, 01-cv-01799-REB-PAC, 01-cv-01930-REB-PAC, 01-cv-02083-REB-PAC, 02-cv-00333-REB-PAC, 02-cv-00374-REB-PAC, 02-cv-00507-REB-PAC, 02-cv-00658-REB-PAC, 02–cv-00755-REB-PAC, 02-cv-00798-REB-PAC, and 04-cv-00238-REB-PAC) | FTR - PAC COURTROOM A-501 |
| **Date:** March 9, 2006 | Deputy Clerk: Ben Van Dyke |
| In re QWEST COMMUNICATIONS INTERNATIONAL, INC. SECURITIES LITIGATION | Thomas E. Egler<br>Alfred P. Levitt<br>David R. Boyd |

**COURTROOM MINUTES / MINUTE ORDER**

**Telephonic Status Conference**

**2:15 p.m.      Court in session.**

Court calls case.  Appearances of counsel**.**

Court explains to counsel that Unopposed Defendant Qwest Communications International Inc.'s Motion to Stay Production of Privileged Documents Produced to Government Pending Writ Review by Court of Appeals dated February 23, 2006 (doc. 926) has not been referred to Magistrate Judge Coan for recommendation or ruling.

Court further explains to counsel that the indication in the Order Concerning Qwest's Renewed Motion to Reconsider & to Certify Interlocutory Appeal dated February 2, 2006 (doc. 923) that the Magistrate Judge may extend the deadline to produce means that counsel may file a motion to extend the deadline for production.

**2:20 p.m.      Court in recess.**

Total time in court:     5 minutes.

Hearing Concluded.