# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-01451-REB-PAC

(Consolidated with Civil Action Nos. 01-cv-1472-REB-CBS, 01-cv-1527-REB-CBS, 01-cv-1616-REB-CBS, 01-cv-1799-REB-CBS, 01-cv-1930-REB-CBS, 01-cv-2083-REB-CBS, 02-cv-0333-REB-CBS, 02-cv-0374-REB-CBS, 02-cv-0507-REB-CBS, 02-cv-0658-REB-CBS, 02-cv-755-REB-CBS, 02-cv-798-REB-CBS, AND 04-cv-0238-REB-CBS)

In re:  QWEST COMMUNICATIONS INTERNATIONAL INC. SECURITIES LITIGATION

This document relates to:
STICHTING PENSIOENFONDS ABP v. QWEST COMMUNICATIONS INTERNATIONAL INC., a Delaware Corporation, et al., Case No. 04-cv-00238-REB-CBS

## ORDER

Upon motion of Defendant Joseph P. Nacchio, and good cause appearing,

IT IS HEREBY ORDERED that defendant Joseph P. Nacchio's Unopposed Motion for Leave to File a Brief in Excess of 15 Pages in Opposition to Lead Plaintiff's February 27, 2006  Class Action Settlement is GRANTED.   Defendant may file a brief in opposition of not more than 25 pages.

Done this 15th day of March, 2006.

**By the Court:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn, Judge**
**United States District Court**
**District of Colorado**