FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MAR 2 0 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 01-cv-1451-REB-CBS
(Consolidated with Civil Action Nos. 01-cv-1472-REB-CBS, 01-cv-1527-REB-CBS, 01-cv-1616-REB-CBS, 01-cv-1799-REB-CBS, 01-cv-1930-REB-CBS, 01-cv-2083, REB-CBS, 02-cv-0333-REB-CBS, 02-cv-0374-REB-CBS, 02-cv-0507-REB-CBS, 02-cv-0658-REB-CBS, 02-cv-755-REB-CBS, 02-cv-798-REB-CBS and 04-cv-0238-REB-CBS)

In re QWEST COMMUNICATIONS INTERNATIONAL, INC. SECURITIES LITIGATION

## NOTICE OF APPEARANCE, OBJECTION TO CLASS SETTLEMENT AND APPLICATION FOR ATTORNEYS' FEES AND EXPENSES

Cynthia R. Levin Moulton, Cynthia R. Levin Moulton as Custodian of Solomon Smith Barney IRA Rollover Account and the Cynthia R. Levin Moulton -- Solomon Smith Barney IRA Rollover Account ("Objectors") appear through counsel of record and file their Objection to Class Settlement and Application for Attorneys' Fees and Expenses. Evidence supporting the purchase or acquisition of Qwest Communications International, Inc. (collectively "Qwest") securities during the class period is attached hereto as Exhibit A. Objectors, or some of them, received direct mailed notice of the class settlement. *See* Exhibit B hereto. Counsel reserves the right to attend and present argument and evidence at the settlement hearing.

### I. Class Notice is Defective

The class notice is defective and violates even minimal due process requirements. *Gottlieb v. Wiles*, 11 F.3d 1004, 1013 (10th Cir. 1999). The notice is inadequate and misleading as it pertains to the plan of allocation and the attorneys' fees and expenses sought. Moreover, the proponents of the settlement have failed to create a standard, dedicated website to provide access to court documents and to answer frequently asked questions.

## II. Attorneys' Fees and Expenses are Excessive

Class counsel seeks a fee award of $96 million and reimbursement of expenses up to another $5.2 million. Two methodologies exist to determine the reasonableness of the attorneys' fee and expense application in this case. The first is the percentage recovery method. The second is a lodestar "cross check." *Rosenbaum v. MacAllister*, 64 F.3d 1439 (10th Cir. 1995). Under both of these methodologies, the attorneys' fees and expenses sought are excessive. Alternatively, inadequate evidence exists in the record to approve the award of attorneys' fees and expenses sought.

With respect to the percentage recovery method, the crucial factor relates to the size of the proposed settlement at issue. Indeed, to say this is a mega fund case is to say not nearly enough. This can only fairly be called a mega, mega fund case because "ordinary" mega fund cases usually refer to cases which settle in the neighborhood of $100 million. A case which settles for $100 million is very different from a case that settles for $400 million, and the treatment of attorneys' fees should reflect this difference. It is well-established that the percentage recovery for attorneys' fees should decrease as the size of the settlement increases. *See, eg., In re Indep. Energy Holdings PLC*, 2003 WL 22244676, at *6 (S.D.N.Y. Sep. 29, 2003).

Plaintiffs' counsel is seeking an award of a flat 24% of the $400 million settlement amount. This results in a proposed award of fees of $96 million. Although for much smaller common fund settlements, 24% may be just right or even too little in attorneys' fees, given the staggering size of this settlement 24% is simply too much. Objectors hope the Court takes the opportunity to write on the important issue of how the

percentage recovery methodology ought to be applied in the multi-hundred million dollar cases, which while still rare are increasing in frequency.

Second, the award sought of $96 million is also excessive under a lodestar "cross check." It does not appear plaintiffs' counsel have produced their detailed daily time records from this case. Assuming this is correct, one cannot even conduct a proper lodestar "cross check." *Jane L. v.* Bangerter, 61 F.3d 1505, 1510 (10th Cir. 1996). Thus, evidence is insufficient to determine the reasonableness of the plaintiffs' counsel's fee application. Objectors object to the proposed fee award on the grounds that insufficient evidence exists in the record to support this award of attorneys' fees and expenses. The Court should resist any attempt by counsel to produce merely summaries of the time and expense records or to produce the same *in camera*.

### III. Settlement is not Fair, Adequate and Reasonable

"The decision of whether to approve a proposed settlement of a class action is left to the sound discretion of the district court." *Girsh v. Jepson*, 521 F.2d 153, 156 (3d Cir. 1975). The Court has a "fiduciary responsibility, as the guardian of the rights of the absentee class members" when deciding whether to approve a settlement agreement. *Id*. at 157; *see* 4 *Newberg on Class Actions* § 11:41 (4th ed. 2003) (hereinafter, "*Newberg*") ("In all class settlements . . . the court has the duty to determine whether the settlement properly safeguards the interests of absent class members"). Of course, courts cannot give "rubber stamp approval" of a proposed settlement; *Newberg, supra*, § 11.41 at 11-88; nor simply rely on the arguments and recommendations of counsel. *Plummer v. Chem. Bank*, 668 F.2d 654, 659 (2d Cir. 1982). "Rather, to protect the interests of absent class members, the Court must independently and objectively

analyze the evidence and circumstances before it in order to determine whether the settlement is in the best interests of those whose claims will be extinguished."

*Newberg, supra*, at 11-88-89.

Balancing the proposed class relief against the strength of plaintiffs' liability case and the staggering damages at issue, the proposed settlement is not fair, adequate and reasonable. Alternatively, the proponents of the settlement have failed to carry their burden of proof that it is fair, adequate and reasonable. Moreover, the release is overly broad in that it releases parties and causes of action that were never investigated or pursued.

### IV. Adoption of U.S. West Retirees' Objections

Objectors herein incorporate and adopt by reference the Arguments and Authorities contained in the Objections of Eldon Graham, Hazel Floyd, Mary M. Hull and the Association of U.S. West Retirees.

WHEREFORE, PREMISES CONSIDERED, Objectors respectfully request the Court grant these objections to the class settlement and attorneys' fees and expenses and deny the parties' request to approve their proposed settlement.

Respectfully submitted,

MOULTON & MEYER, L.L.P.

By: _____
        Jeffrey D. Meyer
        Bar No. 00788048
        600 Travis Street, Suite 6700
        Houston, Texas 77002
        Telephone: (713) 353-6699
        Facsimile: (713) 353-6698

ATTORNEY-IN-CHARGE FOR OBJECTORS

## CERTIFICATE OF SERVICE

On this the 17 day of March, 2006, a true and correct copy of the above and foregoing instrument was duly served by certified mail, return receipt requested and/or overnight mail upon the following counsel of record:

Keith F. Park
Lerach Gouglin Stoia Geller
 Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
*Lead Counsel for Plaintiffs*

Alfred Levitt
Boies, Schiller & Flexner LLP
5301 Wisconsin Ave., N.W., Suite 800
Washington, DC 20015
*Counsel for Settling Defendant Qwest*

John Freedman
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1202
*Counsel for Defendant Arthur Andersen LLP*

_____
Jeffrey D. Meyer

# SALOMON SMITH BARNEY

A member of citigroup

0108001A
Ref: 00003177 00046929

## Quarterly Review

### Fourth Quarter 2000

MOULTON CYNTHIA R

1838 INVESTMENT ADVISORS - CORE EQUITY

## Investment Portfolio

| Quantity | Description | Date Acquired | Unit Cost | Total Cost | Current Price | Total Value | Pct of Portfolio | Annual Income | Current Yield |
|---|---|---|---|---|---|---|---|---|---|
| **Common Stocks** | | | | | | | | | |
| 15 | WAL-MART STORES INC | 9/29/2000 | $48.625 | $729.38 | $53.12 | $796.88 | 1.47% | $4 | .45% |
| | **Total Merchandising** | | | $4,140.32 | | $4,905.97 | 9.07% | $16 | .32% |
| **Office Equipment** | | | | | | | | | |
| 50 | CISCO SYS INC | 9/29/2000 | 56.812 | 2,840.63 | 38.25 | 1,912.50 | 3.53 | | |
| 20 | EMC CORP-MASS | 9/29/2000 | 100.000 | 2,000.00 | 66.50 | 1,330.00 | 2.46 | | |
| 30 | ORACLE CORP | 9/29/2000 | 40.375 | 1,211.25 | 29.06 | 871.89 | 1.61 | | |
| 30 | SUN MICROSYSTEMS INC | 9/29/2000 | 59.625 | 1,788.75 | 27.87 | 836.25 | 1.54 | | |
| | **Total Office Equipment** | | | $7,840.63 | | $4,950.64 | 9.15% | | |
| **Oil & Gas** | | | | | | | | | |
| 20 | *** BP AMOCO PLC SPONS ADR | 9/29/2000 | 53.187 | 1,063.75 | 47.87 | 957.50 | 1.77 | 24 | 2.54 |
| 20 | EXXON MOBIL CORP | 9/29/2000 | 89.625 | 1,792.50 | 86.93 | 1,738.76 | 3.21 | 35 | 2.02 |
| | **Total Oil & Gas** | | | $2,856.25 | | $2,696.26 | 4.98% | $60 | 2.21% |
| **Oil Services & Supplies** | | | | | | | | | |
| 15 | *** SCHLUMBERGER LTD | 9/29/2000 | 83.000 | 1,245.00 | 79.93 | 1,199.07 | 2.21 | 11 | .94 |
| **Public Utilities-Communication** | | | | | | | | | |
| 10 | QWEST COMMUNICATIONS INTL | 11/08/2000 | 45.361 | 453.61 | 40.87 | 408.75 | .75 | | |
| 35 | SBC COMMUNICATIONS INC | 9/29/2000 | 50.000 | 1,750.00 | 47.75 | 1,671.25 | 3.09 | 36 | 2.13 |
| 15 | VERIZON COMMUNICATIONS | 9/29/2000 | 49.625 | 744.38 | 50.12 | 751.88 | 1.39 | 23 | 3.07 |
| | **Total Public Utilities-Communication** | | | $2,947.99 | | $2,831.88 | 5.23% | $59 | 2.07% |
| **Publishing** | | | | | | | | | |
| 20 | MCGRAW HILL COS INC | 9/29/2000 | 64.937 | 1,298.75 | 58.62 | 1,172.50 | 2.16 | 19 | 1.60 |
| **Miscellaneous** | | | | | | | | | |
| 30 | *** TRANSOCEAN SEDCO FOREX INC-USD | 9/29/2000 | 51.083 | 1,532.50 | 46.00 | 1,380.00 | 2.55 | 4 | .26 |
| 5 | DOMINION RESOURCES INC VA NE | 12/15/2000 | 61.516 | 307.58 | 67.00 | 335.00 | .61 | 13 | 3.85 |

# SALOMON SMITH BARNEY

A member of citigroup

01089001A
Ref: 00003177 0004935

## Quarterly Review

## Fourth Quarter 2000

MOULTON CYNTHIA R

1838 INVESTMENT ADVISORS - CORE EQUITY

### Purchases

| Quantity | Description | Unit Cost | Total Cost | Date of Purchase |
|---|---|---|---|---|
| 25 | PEPSICO INC | $ 46.362 | $ 1,159.05 | 9/29/00 |
| 35 | SBC COMMUNICATIONS INC | 50.000 | 1,750.00 | 9/29/00 |
| 20 | SAFEWAY INC NEW | 46.688 | 933.75 | 9/29/00 |
| 20 | SCHERING PLOUGH CORP | 46.813 | 936.25 | 9/29/00 |
| 15 | *** SCHLUMBERGER LTD | 83.000 | 1,245.00 | 9/29/00 |
| 45 | STAPLES INC | 14.125 | 635.63 | 9/29/00 |
| 15 | SUN MICROSYSTEMS INC | 119.250 | 1,788.75 | 9/29/00 |
| 35 | TARGET CORP | 26.187 | 916.56 | 9/29/00 |
| 20 | TEXAS INSTRUMENTS INC | 47.063 | 941.25 | 9/29/00 |
| 25 | *** TYCO INTERNATIONAL LTD | 52.750 | 1,318.75 | 9/29/00 |
| 15 | VERIZON COMMUNICATIONS | 49.625 | 744.38 | 9/29/00 |
| 20 | VIACOM INC CL B | 58.313 | 1,166.25 | 9/29/00 |
| 20 | WAL-MART STORES INC | 48.625 | 972.50 | 9/29/00 |
| 40 | WELLS FARGO & CO NEW | 46.938 | 1,877.50 | 9/29/00 |
| 30 | WORLDCOM INC GA-NEW | 29.750 | 892.50 | 9/29/00 |
| 5 | JDS UNIPHASE CORP | 99.904 | 499.52 | 10/24/00 |
| 10 | QWEST COMMUNICATIONS INTL | 45.361 | 453.61 | 11/08/00 |
| 5 | VIACOM INC CL B | 53.458 | 267.29 | 11/22/00 |
| 10 | *** TRANSOCEAN SEDCO FOREX | 34.875 | 348.75 | 12/07/00 |
| 5 | JDS UNIPHASE CORP | 72.648 | 363.24 | 12/08/00 |
| 5 | DOMINION RESOURCES INC VA NEW | 61.516 | 307.58 | 12/15/00 |
| **Subtotal** | | | **$ 61,397.44** | |
| **Total Purchases** | | | **$ 61,397.44** | |

## SALOMON SMITH BARNEY
A member of citigroup

Ref: 0000/1982 00041279

# Preferred Client IRA Statement
## January 1 - January 31, 2001

### CYNTHIA R MOULTON

**Common stocks & options** *continued*

| Quantity | Description | Date acquired | Cost | Share cost | Current share price | Current value | Unrealized gain/(loss) | | Average % Yield/Anticipated Income (annualized) |
|---|---|---|---|---|---|---|---|---|---|
| 30 | MEDTRONIC INC SYMBOL: MDT/RATING: A | 09/29/00 | $1,571.25 | $52.375 | $54.00 | $1,620.00 | $48.75 | ST | .37% $6.00 |
| 15 | MERCK & CO INC SYMBOL: MRK/RATING: A+ | 09/29/00 | 1,119.38 | 74.625 | 82.18 | 1,232.70 | 113.32 | ST | 1.654 20.40 |
| 25 | MICROSOFT CORP SYMBOL: MSFT/RATING: A- | 09/29/00 | 1,501.56 | 60.062 | 61.063 | 1,526.58 | 25.02 | ST | |
| 35 | NORTEL NETWORKS CORP NEW SYMBOL: NT/RATING: B | 09/29/00 | 2,154.69 | 61.562 | 38.23 | 1,338.05 | (816.64) | ST | .196 2.63 |
| 30 | ORACLE CORP SYMBOL: ORCL/RATING: B+ | 09/29/00 | 1,211.25 | 40.375 | 29.125 | 873.75 | (337.50) | ST | |
| 15 | | 01/03/01 | 452.39 | 30.159 | 29.125 | 436.88 | (15.51) | ST | |
| 45 | | | 1,663.64 | 36.97 | | 1,310.63 | (353.01) | ST | |
| 25 | PEPSICO INC SYMBOL: PEP/RATING: A | 09/29/00 | 1,158.05 | 46.362 | 44.07 | 1,101.75 | (57.30) | ST | 1.27 14.00 |
| 10 | QWEST COMMUNICATIONS INTL SYMBOL: Q | 11/08/00 | 453.61 | 45.36 | 42.12 | 421.20 | (32.41) | ST | |
| 35 | SBC COMMUNICATIONS INC SYMBOL: SBC/RATING: A- | 09/29/00 | 1,750.00 | 50.00 | 48.35 | 1,692.25 | (57.75) | ST | 2.089 35.53 |
| 20 | SAFEWAY INC NEW SYMBOL: SWY/RATING: B+ | 09/29/00 | 933.75 | 46.687 | 50.67 | 1,013.40 | 79.65 | ST | |
| 20 | SCHERING PLOUGH CORP SYMBOL: SGP/RATING: A+ | 09/29/00 | 936.25 | 46.812 | 50.40 | 1,008.00 | 71.75 | ST | 1.111 11.20 |
| 15 | SCHLUMBERGER LTD SYMBOL: SLB/RATING: B | 09/29/00 | 1,245.00 | 83.00 | 76.80 | 1,152.00 | (93.00) | ST | .876 11.25 |
| 15 | SOUTHERN CO SYMBOL: SO/RATING: A- | 01/03/01 | 476.44 | 31.762 | 29.18 | 437.70 | (38.74) | ST | 4.692 20.10 |
| 30 | SUN MICROSYSTEMS INC SYMBOL: SUNW/RATING: B+ | 09/29/00 | 1,788.75 | 59.625 | 30.563 | 916.89 | (871.86) | ST | |
| 35 | TARGET CORP SYMBOL: TGT/RATING: A | 09/29/00 | 916.56 | 26.187 | 37.98 | 1,329.30 | 412.74 | ST | .579 7.70 |

# SALOMON SMITH BARNEY
A member of citigroup

Ref: 00000476 00010339

## Preferred Client
## Individual Retirement Account
### March 1 - March 31, 2001

### CYNTHIA R MOULTON

| Common stocks & options *continued* | Quantity | Description | Date acquired | Cost | Share cost | Current share price | Current value | Unrealized gain/(loss) | | Average % Yield/Anticipated Income (annualized) |
|---|---|---|---|---|---|---|---|---|---|---|
| | 25 | ESTEE LAUDER COS INC CL A SYMBOL: EL | 09/29/00 | $ 909.38 | $ 36.375 | $ 36.42 | $ 910.50 | $ 1.12 | ST | .549% $ 5.00 |
| | 15 | ELI LILLY & CO SYMBOL: LLY/RATING: A- | 09/29/00 | 1,226.25 | 81.75 | 76.66 | 1,149.90 | (76.35) | ST | 1.46 16.80 |
| | 20 | MCGRAW HILL COS INC SYMBOL: MHP | 09/29/00 | 1,298.75 | 64.937 | 59.65 | 1,193.00 | (105.75) | ST | 1.642 19.60 |
| | 15 | MERCK & CO INC SYMBOL: MRK/RATING: A+ | 09/29/00 | 1,119.38 | 74.625 | 75.90 | 1,138.50 | 19.12 | ST | 1.791 20.40 |
| | 25 | MICROSOFT CORP SYMBOL: MSFT/RATING: A- | 09/29/00 | 1,501.56 | 60.062 | 54.688 | 1,367.20 | (134.36) | ST | |
| | 35 | NORTEL NETWORKS CORP NEW SYMBOL: NT/RATING: B | 09/29/00 | 2,154.69 | 61.562 | 14.05 | 491.75 | (1,662.94) | ST | .533 2.63 |
| | 30 | ORACLE CORP SYMBOL: ORCL/RATING: B+ | 09/29/00 | 1,211.25 | 40.375 | 14.98 | 449.40 | (761.85) | ST | |
| | 15 | | 01/03/01 | 452.39 | 30.159 | 14.98 | 224.70 | (227.69) | ST | |
| | 45 | | | 1,663.64 | 36.97 | | 674.10 | (989.54) | | |
| | 25 | PEPSICO INC SYMBOL: PEP/RATING: A | 09/29/00 | 1,159.05 | 46.362 | 43.95 | 1,098.75 | (60.30) | ST | 1.274 14.00 |
| | 20 | PFIZER INC SYMBOL: PFE/RATING: A+ | 02/14/01 | 898.40 | 44.919 | 40.95 | 819.00 | (79.40) | ST | |
| | 10 | | 03/01/01 | 440.32 | 44.031 | 40.95 | 409.50 | (30.82) | ST | |
| | 30 | | | 1,338.72 | 44.624 | | 1,228.50 | (110.22) | | 1.074 13.20 |
| | 10 | QWEST COMMUNICATIONS INTL SYMBOL: Q | 11/08/00 | 453.61 | 45.36 | 35.05 | 350.50 | (103.11) | ST | |
| | 35 | SBC COMMUNICATIONS INC SYMBOL: SBC/RATING: A- | 09/29/00 | 1,750.00 | 50.00 | 44.63 | 1,562.05 | (187.95) | ST | 2.274 35.53 |
| | 20 | SAFEWAY INC NEW SYMBOL: SWY/RATING: B+ | 09/29/00 | 933.75 | 46.687 | 55.15 | 1,103.00 | 169.25 | ST | |
| | 15 | SCHLUMBERGER LTD SYMBOL: SLB/RATING: B | 09/29/00 | 1,245.00 | 83.00 | 57.61 | 864.15 | (380.85) | ST | 1.301 11.25 |

# SALOMON SMITH BARNEY
A member of citigroup

04062001A
Ref: 000003416 00050345

**Quarterly Review**

**First Quarter 2001**

MOULTON CYNTHIA R

1838 INVESTMENT ADVISORS - CORE EQUITY

## Investment Portfolio

| Quantity | Description | Date Acquired | Unit Cost | Total Cost | Current Price | Total Value | Pct of Portfolio | Annual Income | Current Yield |
|---|---|---|---|---|---|---|---|---|---|
| **Common Stocks** | | | | | | | | | |
| | **Office Equipment** | | | | | | | | |
| 50 | CISCO SYS INC | 9/29/2000 | $ 56.812 | $ 2,840.63 | $ 15.81 | $ 790.65 | 1.74% | | |
| 15 | EMC CORP-MASS | 9/29/2000 | 97.810 | 1,467.15 | 29.40 | 441.00 | .97 | | |
| 15 | INTL BUSINESS MACHINES CORP | 3/27/2001 | 98.030 | 98.015 | 96.18 | 480.90 | 1.06 | 3 | .54 |
| 45 | ORACLE CORP | 9/29/2000 | 36.969 | 1,663.64 | 14.98 | 674.10 | 1.48 | | |
| | **Total Office Equipment** | | | $ 6,461.57 | | $ 2,386.65 | 5.26% | $ 3 | .11% |
| | | | | | | | | | |
| | **Oil & Gas** | | | | | | | | |
| 20 | *** BP AMOCO PLC SPONS ADR | 9/29/2000 | 53.187 | 1,063.75 | 49.62 | 992.40 | 2.19 | 25 | 2.48 |
| 20 | EXXON MOBIL CORP | 9/29/2000 | 89.625 | 1,792.50 | 81.00 | 1,620.00 | 3.57 | 35 | 2.17 |
| | **Total Oil & Gas** | | | $ 2,856.25 | | $ 2,612.40 | 5.76% | $ 60 | 2.29% |
| | | | | | | | | | |
| | **Oil Services & Supplies** | | | | | | | | |
| 15 | *** SCHLUMBERGER LTD | 9/29/2000 | 83.000 | 1,245.00 | 57.61 | 864.15 | 1.90 | 11 | 1.30 |
| | | | | | | | | | |
| | **Public Utilities-Communication** | | | | | | | | |
| 10 | QWEST COMMUNICATIONS INTL | 11/08/2000 | 45.361 | 453.61 | 35.05 | 350.50 | .77 | 36 | 2.30 |
| 35 | SBC COMMUNICATIONS INC | 9/29/2000 | 50.000 | 1,750.00 | 44.63 | 1,562.05 | 3.44 | 23 | 3.12 |
| 15 | VERIZON COMMUNICATIONS | 9/29/2000 | 49.625 | 744.38 | 49.30 | 739.50 | 1.63 | | |
| | **Total Public Utilities-Communication** | | | $ 2,947.99 | | $ 2,652.05 | 5.85% | $ 59 | 2.22% |
| | | | | | | | | | |
| | **Public Utilities-Electric** | | | | | | | | |
| 15 | SOUTHERN CO | 1/03/2001 | 31.762 | 476.44 | 35.09 | 526.35 | 1.16 | 20 | 3.82 |
| | | | | | | | | | |
| | **Publishing** | | | | | | | | |
| 20 | MCGRAW HILL COS INC | 9/29/2000 | 64.937 | 1,298.75 | 59.65 | 1,193.00 | 2.63 | 20 | 1.64 |
| | | | | | | | | | |
| | **Miscellaneous** | | | | | | | | |
| 30 | *** TRANSOCEAN SEDCO FOREX INC-USD | 9/29/2000 | 51.083 | 1,532.50 | 43.35 | 1,300.50 | 2.87 | 4 | .28 |

# SALOMON SMITH BARNEY
A member of citigroup

Ref: 00002066 00004229

## Preferred Client
## Individual Retirement Account
### April 1 - April 30, 2001

### CYNTHIA R MOULTON

**Common stocks & options** *continued*

| Quantity | Description | Date acquired | Cost | Share cost | Current share price | Current value | Unrealized gain/(loss) | | Average % Yield/Anticipated Income (annualized) |
|---|---|---|---|---|---|---|---|---|---|
| 25 | ESTEE LAUDER COS INC CL A SYMBOL: EL | 09/29/00 | $909.38 | $36.375 | $39.75 | $993.75 | $84.37 | ST | .503% $5.00 |
| 15 | ELI LILLY & CO SYMBOL: LLY/RATING: A- | 09/29/00 | 1,226.25 | 81.75 | 85.00 | 1,275.00 | 48.75 | ST | 1.317 16.80 |
| 20 | MCGRAW HILL COS INC SYMBOL: MHP | 09/29/00 | 1,298.75 | 64.937 | 64.78 | 1,295.60 | (3.15) | ST | 1.512 19.60 |
| 15 | MEDTRONIC INC SYMBOL: MDT/RATING: A | 04/24/01 | 665.02 | 44.334 | 44.60 | 669.00 | 3.98 | ST | .448 3.00 |
| 15 | MERCK & CO INC SYMBOL: MRK/RATING: A+ | 09/29/00 | 1,119.38 | 74.625 | 75.97 | 1,139.55 | 20.17 | ST | 1.79 20.40 |
| 25 | MICROSOFT CORP SYMBOL: MSFT/RATING: A- | 09/29/00 | 1,501.56 | 60.062 | 67.75 | 1,693.75 | 192.19 | ST | |
| 5 | MIRANT CORP COM SYMBOL: MIR | 01/03/01 | 155.41 | 37.076 | 40.80 | 204.00 | 48.59 | ST | |
| 35 | NORTEL NETWORKS CORP NEW SYMBOL: NT/RATING: B | 09/29/00 | 2,154.69 | 61.562 | 15.30 | 535.50 | (1,619.19) | ST | .49 2.63 |
| 30 | ORACLE CORP SYMBOL: ORCL/RATING: B+ | 09/29/00 | 1,211.25 | 40.375 | 16.16 | 484.80 | (726.45) | ST | |
| 15 | | 01/03/01 | 452.39 | 30.159 | 16.16 | 242.40 | (209.99) | ST | |
| 45 | | | 1,663.64 | 36.97 | | 727.20 | (936.44) | | |
| 25 | PEPSICO INC SYMBOL: PEP/RATING: A | 09/29/00 | 1,159.05 | 46.362 | 43.81 | 1,095.25 | (63.80) | ST | 1.278 14.00 |
| 20 | PFIZER INC SYMBOL: PFE/RATING: A+ | 02/14/01 | 898.40 | 44.919 | 43.30 | 866.00 | (32.40) | ST | |
| 10 | | 03/01/01 | 440.32 | 44.031 | 43.30 | 433.00 | (7.32) | ST | |
| 30 | | | 1,338.72 | 44.624 | | 1,299.00 | (39.72) | | 1.016 13.20 |
| 10 | QWEST COMMUNICATIONS INTL SYMBOL: Q | 11/08/00 | 453.61 | 45.36 | 40.90 | 409.00 | (44.61) | ST | |
| 35 | SBC COMMUNICATIONS INC SYMBOL: SBC/RATING: A- | 09/29/00 | 1,750.00 | 50.00 | 41.25 | 1,443.75 | (306.25) | ST | 2.484 35.88 |

# SALOMON SMITH BARNEY
A member of citigroup

Ref: 00002166 00046105

## Preferred Client
## Individual Retirement Account
### May 1 - May 31, 2001

### CYNTHIA R MOULTON

**Common stocks & options** *continued*

| Quantity | Description | Date acquired | Cost | Share cost | Current share price | Current value | Unrealized gain/(loss) | | Average % Yield/Anticipated Income (annualized) |
|---|---|---|---|---|---|---|---|---|---|
| 15 | ELI LILLY & CO SYMBOL: LLY/RATING: A- | 09/29/00 | $1,226.25 | $81.75 | $84.70 | $1,270.50 | $44.25 | ST | 1.322% $16.80 |
| 20 | MCGRAW HILL COS INC SYMBOL: MHP | 09/29/00 | 1,298.75 | 64.937 | 64.14 | 1,282.80 | (15.95) | ST | 1.527 19.60 |
| 15 | MEDTRONIC INC SYMBOL: MDT/RATING: A | 04/24/01 | 665.02 | 44.334 | 42.98 | 644.70 | (20.32) | ST | .465 3.00 |
| 15 | MERCK & CO INC SYMBOL: MRK/RATING: A+ | 09/29/00 | 1,119.38 | 74.625 | 72.99 | 1,094.85 | (24.53) | ST | 1.863 20.40 |
| 25 | MICROSOFT CORP SYMBOL: MSFT/RATING: A- | 09/29/00 | 1,501.56 | 60.062 | 69.18 | 1,729.50 | 227.94 | ST | |
| 10 | MICRON TECHNOLOGY INC SYMBOL: MU/RATING: B- | 05/14/01 | 401.04 | 40.103 | 37.50 | 375.00 | (26.04) | ST | |
| 5 | MIRANT CORP COM SYMBOL: MIR | 01/03/01 | 155.41 | 37.076 | 39.30 | 196.50 | 41.09 | ST | |
| 35 | NORTEL NETWORKS CORP NEW SYMBOL: NT/RATING: B | 09/29/00 | 2,154.69 | 61.562 | 13.33 | 466.55 | (1,688.14) | ST | .562 2.63 |
| 30 | ORACLE CORP SYMBOL: ORCL/RATING: B+ | 09/29/00 | 1,211.25 | 40.375 | 15.30 | 459.00 | (752.25) | ST | |
| 15 | | 01/03/01 | 452.39 | 30.159 | 15.30 | 229.50 | (222.89) | ST | |
| 45 | | | 1,663.64 | 36.97 | | 688.50 | (975.14) | ST | |
| 25 | PEPSICO INC SYMBOL: PEP/RATING: A | 09/29/00 | 1,159.05 | 46.362 | 44.76 | 1,119.00 | (40.05) | ST | 1.295 14.50 |
| 20 | PFIZER INC SYMBOL: PFE/RATING: A+ | 02/14/01 | 898.40 | 44.919 | 42.89 | 857.80 | (40.60) | ST | |
| 10 | | 03/01/01 | 440.32 | 44.031 | 42.89 | 428.90 | (11.42) | ST | |
| 30 | | | 1,338.72 | 44.624 | | 1,286.70 | (52.02) | ST | 1.025 13.20 |
| 10 | QWEST COMMUNICATIONS INTL SYMBOL: Q | 11/08/00 | 453.61 | 45.36 | 36.74 | 367.40 | (86.21) | ST | |
| 5 | | 05/08/01 | 192.95 | 38.589 | 36.74 | 183.70 | (9.25) | ST | |
| 15 | | | 646.56 | 43.104 | | 551.10 | (95.46) | ST | .138 .75 |

# SALOMON SMITH BARNEY

A member of citigroup

**Preferred Client**
**Individual Retirement Account**
**May 1 - May 31, 2001**

Page 7 of 9

Ref: 00002166 00046107

**CYNTHIA R MOULTON**

## Investment activity

### Transaction details

| Date | Activity | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 05/09/01 | Sold | INTERPUBLIC GROUP OF COS INC<br>We acted as your agent<br>in this transaction. | -25 | $ 34.161 | $ 854.00 |
| 05/11/01 | Bought | QWEST COMMUNICATIONS INTL<br>We acted as your agent<br>in this transaction. | 5 | 38.589 | -192.95 |
| 05/11/01 | Bought | VERIZON COMMUNICATIONS<br>We acted as your agent<br>in this transaction. | 5 | 56.308 | -281.54 |
| 05/17/01 | Bought | MICRON TECHNOLOGY INC<br>We acted as your agent<br>in this transaction. | 10 | 40.103 | -401.04 |
| | | Total securities bought and other subtractions | | | $ -875.53 |
| | | Total securities sold and other additions | | | $ 854.00 |

## Money funds activity

|  |  |  | Amount |
|---|---|---|---|
| | Opening money funds balance | | $ 1,942.58 |

| Date | Activity | Description | Amount |
|---|---|---|---|
| 05/02/01 | Autoinvest | DREYFUS LIQUID ASSETS INC | 14.75 |
| 05/03/01 | Autoinvest | DREYFUS LIQUID ASSETS INC | .31 |
| 05/04/01 | Autoinvest | DREYFUS LIQUID ASSETS INC | .90 |
| 05/07/01 | Autoinvest | DREYFUS LIQUID ASSETS INC | 1.15 |
| 05/10/01 | Autoinvest | DREYFUS LIQUID ASSETS INC | 854.00 |
| 05/11/01 | Redemption | DREYFUS LIQUID ASSETS INC | -474.49 |

*All transactions are traded at $1.00 per share.*

| Date | Activity | Description | Amount |
|---|---|---|---|
| 05/16/01 | Autoinvest | DREYFUS LIQUID ASSETS INC | 6.30 |
| 05/17/01 | Redemption | DREYFUS LIQUID ASSETS INC | -401.04 |
| 05/22/01 | Autoinvest | DREYFUS LIQUID ASSETS INC | .53 |
| 05/25/01 | Autoinvest | DREYFUS LIQUID ASSETS INC | .60 |
| 05/29/01 | Autoinvest | DREYFUS LIQUID ASSETS INC | 6.30 |
| | | MONEY FUNDS EARNINGS REINVESTED<br>(SEE DETAILS UNDER EARNINGS DETAILS) | 7.65 |
| | | **Closing balance** | **$ 1,959.54** |

## Dividends

### Earnings details

The tax status of earnings is reliable to the best of our knowledge. Taxable and non-taxable designations refer to the federal income tax status of your securities, not of your account.

| Date | Description | Comment | Taxable | Non-taxable | Amount |
|---|---|---|---|---|---|
| 05/01/01 | SBC COMMUNICATIONS INC | CASH DIV ON 35.0000 SHS | $ 8.97 | | $ 8.97 |
| 05/01/01 | VERIZON COMMUNICATIONS | CASH DIV ON 16.0000 SHS | 5.78 | | 5.78 |
| 05/02/01 | TYCO INTERNATIONAL LTD<br>-NEW- | CASH DIV ON 25.0000 SHS<br>TAX HELD BY FGN GOVTS .00 | .31 | | .31 |
| 05/03/01 | BANK NEW YORK INC | CASH DIV ON 5.0000 SHS | .90 | | .90 |
| 05/04/01 | CVS CORP | CASH DIV ON 20.0000 SHS | 1.15 | | 1.15 |
| 05/15/01 | ABBOTT LABORATORIES | CASH DIV ON 30.0000 SHS | 6.30 | | 6.30 |
| 05/21/01 | TEXAS INSTRUMENTS INC | CASH DIV ON 25.0000 SHS | .53 | | .53 |

# SALOMON SMITH BARNEY
A member of citigroup

## Preferred Client
## Individual Retirement Account
## June 1 - June 30, 2001

Ref: 00000669 00014403

### CYNTHIA R MOULTON

**Common stocks & options** *continued*

| Quantity | Description | Date acquired | Cost | Share cost | Current share price | Current value | Unrealized gain/(loss) | | Average % Yield/Anticipated Income (annualized) |
|---|---|---|---|---|---|---|---|---|---|
| 15 | ELI LILLY & CO SYMBOL: LLY/RATING: A- | 09/29/00 | $1,226.25 | $81.75 | $74.00 | $1,110.00 | ($116.25) | ST | 1.513% $16.80 |
| 20 | MCGRAW HILL COS INC SYMBOL: MHP | 09/29/00 | 1,298.75 | 64.937 | 66.15 | 1,323.00 | 24.25 | ST | 1.481 19.60 |
| 15 | MEDTRONIC INC SYMBOL: MDT/RATING: A | 04/24/01 | 665.02 | 44.334 | 46.01 | 690.15 | 25.13 | ST | .499 3.45 |
| 15 | MERCK & CO INC SYMBOL: MRK/RATING: A+ | 09/29/00 | 1,119.38 | 74.625 | 63.91 | 958.65 | (160.73) | ST | 2.127 20.40 |
| 25 | MICROSOFT CORP SYMBOL: MSFT/RATING: A- | 09/29/00 | 1,501.56 | 60.062 | 73.00 | 1,825.00 | 323.44 | ST | |
| 10 | MICRON TECHNOLOGY INC SYMBOL: MU/RATING: B- | 05/14/01 | 401.04 | 40.103 | 41.10 | 411.00 | 9.96 | ST | |
| 15 | | 06/01/01 | 580.06 | 38.67 | 41.10 | 616.50 | 36.44 | ST | |
| 25 | | | 981.10 | 39.244 | | 1,027.50 | 46.40 | | |
| 5 | MIRANT CORP COM SYMBOL: MIR | 01/03/01 | 155.41 | 37.076 | 34.40 | 172.00 | 16.59 | ST | |
| 30 | ORACLE CORP SYMBOL: ORCL/RATING: B+ | 09/29/00 | 1,211.25 | 40.375 | 19.00 | 570.00 | (641.25) | ST | |
| 15 | | 01/03/01 | 452.39 | 30.159 | 19.00 | 285.00 | (167.39) | ST | |
| 45 | | | 1,663.64 | 36.97 | | 855.00 | (808.64) | | |
| 25 | PEPSICO INC SYMBOL: PEP/RATING: A | 09/29/00 | 1,159.05 | 46.362 | 44.20 | 1,105.00 | (54.05) | ST | 1.312 14.50 |
| 20 | PFIZER INC SYMBOL: PFE/RATING: A+ | 02/14/01 | 898.40 | 44.919 | 40.05 | 801.00 | (97.40) | ST | |
| 10 | | 03/01/01 | 440.32 | 44.031 | 40.05 | 400.50 | (39.82) | ST | |
| 30 | | | 1,338.72 | 44.624 | | 1,201.50 | (137.22) | | 1.098 13.20 |
| 10 | QWEST COMMUNICATIONS INTL SYMBOL: Q | 11/08/00 | 453.61 | 45.36 | 31.87 | 318.70 | (134.91) | ST | |
| 5 | | 05/08/01 | 192.95 | 38.589 | 31.87 | 159.35 | (33.60) | ST | |
| 15 | | | 646.56 | 43.104 | | 478.05 | (168.51) | | .156 .75 |
| 35 | SBC COMMUNICATIONS INC SYMBOL: SBC/RATING: A- | 09/29/00 | 1,750.00 | 50.00 | 40.06 | 1,402.10 | (347.90) | ST | 2.558 35.88 |

# SALOMON SMITH BARNEY
A member of citigroup

## Preferred Client
## Individual Retirement Account
### June 1 - June 30, 2001

### CYNTHIA R MOULTON

## Dividends
continued

| Date | Description | Comment | Taxable | Non-taxable | Amount |
|---|---|---|---|---|---|
| 06/07/01 | PFIZER INC | CASH DIV ON  30.0000 SHS | $ 3.30 | | $ 3.30 |
| 06/11/01 | BP AMOCO PLC SPONS ADR | FOREIGN TAX W/HELD $ 0.70 | 7.00 | | 6.30 |
| | | CASH DIV ON  20.0000 SHS | | | |
| | | TAX HELD BY FGN GOVTS  .70 | | | |
| 06/11/01 | EXXON MOBIL CORP | CASH DIV ON  20.0000 SHS | 8.80 | | 8.80 |
| 06/11/01 | INTL BUSINESS MACHINES CORP | CASH DIV ON   5.0000 SHS | .70 | | .70 |
| 06/11/01 | ELI LILLY & CO | CASH DIV ON  15.0000 SHS | 4.20 | | 4.20 |
| 06/11/01 | TARGET CORP | CASH DIV ON  30.0000 SHS | 1.65 | | 1.65 |
| 06/12/01 | E I DU PONT DE NEMOURS & CO. | CASH DIV ON  15.0000 SHS | 5.25 | | 5.25 |
| 06/12/01 | MCGRAW HILL COS INC | CASH DIV ON  20.0000 SHS | 4.90 | | 4.90 |
| 06/15/01 | TRANSOCEAN SEDCO FOREX INC-USD | CASH DIV ON  30.0000 SHS | .90 | | .90 |
| | | TAX HELD BY FGN GOVTS  .00 | | | |
| 06/15/01 | AMER INTERNATIONAL GROUP INC | CASH DIV ON  20.0000 SHS | .74 | | .74 |
| 06/20/01 | DOMINION RESOURCES INC VA NEW | CASH DIV ON   5.0000 SHS | 3.23 | | 3.23 |
| 06/29/01 | NORTEL NETWORKS CORP NEW | CASH DIV ON  35.0000 SHS | .66 | | .66 |
| | | TAX HELD BY FGN GOVTS  .00 | | | |
| 06/29/01 | PEPSICO INC | CASH DIV ON  25.0000 SHS | 3.63 | | 3.63 |
| 06/29/01 | QWEST COMMUNICATIONS INTL | CASH DIV ON  15.0000 SHS | .75 | | .75 |
| | Total dividends credited to account | | | | $ 58.34 |
| | FRGN tax withheld | | | | .70 |
| | Total dividends earned | | $ 59.04 | $ 0.00 | $ 59.04 |

## Money funds earnings

| Date | Description | Comment | Taxable | Non-taxable | Amount |
|---|---|---|---|---|---|
| 06/29/01 | DREYFUS LIQUID ASSETS INC | REINVESTED | $ 6.13 | | $ 6.13 |
| | | FOR PERIOD 06/01/01-06/29/01 | | | |
| | | 29 DAYS AVERAGE YIELD  4.01 %. | | | |
| | Total earnings from money funds | | $ 6.13 | $ 0.00 | $ 6.13 |

## Gain/loss details

*Please note, this material is being prepared for informational purposes only and should not be used for tax preparation without the assistance of your tax advisor. Trades are allocated using the FIFO (first in-first out) method. Day traders should therefore not rely on this section for day trading results.*

## Realized gain or loss

| Description | Original trade date | Closing trade date | Quantity | Purchase price | Sale price | Cost basis | Proceeds | Realized gain or (loss) |
|---|---|---|---|---|---|---|---|---|
| BP AMOCO PLC SPONS ADR | 09/29/00 | 06/12/01 Sold | 5 | $ 53.187 | $ 53.257 | $ 265.94 | $ 266.28 | $  .34  ST |

We acted as your agent in this transaction.

# SALOMON SMITH BARNEY

A member of citigroup

Ref: 00002160 00046165

**Preferred Client**
**Individual Retirement Account**
July 1 - July 31, 2001

### CYNTHIA R MOULTON

**Common stocks & options** *continued*

| Quantity | Description | Date acquired | Cost | Share cost | Current share price | Current value | Unrealized gain/(loss) | | Average % Yield/Anticipated Income (annualized) |
|---|---|---|---|---|---|---|---|---|---|
| 20 | PFIZER INC SYMBOL: PFE/RATING: A+ | 02/14/01 | $898.40 | $44.919 | $41.22 | $824.40 | ($74.00) | ST | |
| 10 | | 03/01/01 | 440.32 | 44.031 | 41.22 | 412.20 | (28.12) | ST | |
| 30 | | | 1,338.72 | 44.624 | | 1,236.60 | (102.12) | | 1.067 / 13.20 |
| 10 | QWEST COMMUNICATIONS INTL SYMBOL: Q | 11/08/00 | 453.61 | 45.36 | 26.00 | 260.00 | (193.61) | ST | |
| 5 | | 05/08/01 | 192.95 | 38.589 | 26.00 | 130.00 | (62.95) | ST | |
| 15 | | | 646.56 | 43.104 | | 390.00 | (256.56) | | .192 / .75 |
| 35 | SBC COMMUNICATIONS INC SYMBOL: SBC/RATING: A- | 09/29/00 | 1,750.00 | 50.00 | 45.03 | 1,576.05 | (173.95) | ST | 2.276 / 35.88 |
| 20 | SAFEWAY INC NEW SYMBOL: SWY/RATING: B+ | 09/29/00 | 933.75 | 46.687 | 44.16 | 883.20 | (50.55) | ST | |
| 15 | SCHLUMBERGER LTD SYMBOL: SLB/RATING: B | 09/29/00 | 1,245.00 | 83.00 | 53.75 | 806.25 | (438.75) | ST | 1.395 / 11.25 |
| 30 | TARGET CORP SYMBOL: TGT/RATING: A | 09/29/00 | 785.62 | 26.187 | 38.70 | 1,161.00 | 375.38 | ST | .568 / 6.60 |
| 20 | TEXAS INSTRUMENTS INC SYMBOL: TXN/RATING: B+ | 09/29/00 | 941.25 | 47.062 | 34.50 | 690.00 | (251.25) | ST | |
| 5 | | 04/23/01 | 176.63 | 35.325 | 34.50 | 172.50 | (4.13) | ST | |
| 25 | | | 1,117.88 | 44.715 | | 862.50 | (255.38) | | .246 / 2.13 |
| 25 | TYCO INTERNATIONAL LTD -NEW- SYMBOL: TYC/RATING: B+ | 09/29/00 | 1,318.75 | 52.75 | 53.20 | 1,330.00 | 11.25 | ST | .093 / 1.25 |
| 15 | VERIZON COMMUNICATIONS SYMBOL: VZ/RATING: B+ | 09/29/00 | 744.38 | 49.625 | 54.45 | 812.25 | 67.87 | ST | |
| 5 | | 05/08/01 | 281.54 | 56.308 | 54.45 | 270.75 | (10.79) | ST | |
| 20 | | | 1,025.92 | 51.296 | | 1,083.00 | 57.08 | | 2.843 / 30.80 |
| 20 | VIACOM INC CL B SYMBOL: VIAB/RATING: B- | 09/29/00 | 1,166.25 | 58.312 | 49.80 | 996.00 | (170.25) | ST | |
| 5 | | 11/22/00 | 267.29 | 53.458 | 49.80 | 249.00 | (18.29) | ST | |
| 25 | | | 1,433.54 | 57.242 | | 1,245.00 | (188.54) | | |
| 15 | WAL-MART STORES INC SYMBOL: WMT/RATING: A+ | 09/29/00 | 729.37 | 48.625 | 55.90 | 838.50 | 109.13 | ST | .50 / 4.20 |

# SALOMON SMITH BARNEY
A member of citigroup

## Preferred Client
## Individual Retirement Account
### August 1 - August 31, 2001

Page 6 of 9

Ref: 00000474 00010311

### CYNTHIA R MOULTON

**Common stocks & options** *continued*

| Quantity | Description | Date acquired | Cost | Share cost | Current share price | Current value | Unrealized gain/(loss) | | Average % Yield/Anticipated Income (annualized) |
|---|---|---|---|---|---|---|---|---|---|
| 15 | ORACLE CORP SYMBOL: ORCL/RATING: B+ | 09/29/00 | $605.62 | $40.375 | $12.21 | $183.15 | ($422.47) | ST | |
| 15 | | 01/03/01 | 452.39 | 30.159 | 12.21 | 183.15 | (269.24) | ST | |
| 30 | | | 1,058.01 | 35.267 | | 366.30 | (691.71) | | 1.234 / 8.70 |
| 15 | PEPSICO INC SYMBOL: PEP/RATING: A | 09/29/00 | 695.43 | 46.362 | 47.00 | 705.00 | 9.57 | ST | |
| 15 | PFIZER INC SYMBOL: PFE/RATING: A+ | 02/14/01 | 673.80 | 44.919 | 38.31 | 574.65 | (99.15) | ST | |
| 10 | | 03/01/01 | 440.32 | 44.031 | 38.31 | 383.10 | (57.22) | ST | |
| 25 | | | 1,114.12 | 44.565 | | 957.75 | (156.37) | | 1.148 / 11.00 |
| 10 | QWEST COMMUNICATIONS INTL SYMBOL: Q | 11/08/00 | 453.61 | 45.36 | 21.50 | 215.00 | (238.61) | ST | |
| 5 | | 05/08/01 | 192.95 | 38.589 | 21.50 | 107.50 | (85.45) | ST | |
| 15 | | | 646.56 | 43.104 | | 322.50 | (324.06) | | .232 / .75 |
| 20 | SBC COMMUNICATIONS INC SYMBOL: SBC/RATING: A- | 09/29/00 | 1,000.00 | 50.00 | 40.91 | 818.20 | (181.80) | ST | 2.505 / 20.50 |
| 20 | SAFEWAY INC NEW SYMBOL: SWY/RATING: B+ | 09/29/00 | 933.75 | 46.687 | 45.11 | 902.20 | (31.55) | ST | |
| 15 | SCHLUMBERGER LTD SYMBOL: SLB/RATING: B | 09/29/00 | 1,245.00 | 83.00 | 49.00 | 735.00 | (510.00) | ST | 1.53 / 11.25 |
| 30 | TARGET CORP SYMBOL: TGT/RATING: A | 09/29/00 | 785.62 | 26.187 | 34.65 | 1,039.50 | 253.88 | ST | .634 / 6.60 |
| 20 | TEXAS INSTRUMENTS INC SYMBOL: TXN/RATING: B+ | 09/29/00 | 941.25 | 47.062 | 33.10 | 662.00 | (279.25) | ST | |
| 5 | | 04/23/01 | 176.63 | 35.325 | 33.10 | 165.50 | (11.13) | ST | |
| 25 | | | 1,117.88 | 44.715 | | 827.50 | (290.38) | | .256 / 2.13 |
| 25 | TYCO INTERNATIONAL LTD -NEW- SYMBOL: TYC/RATING: B+ | 09/29/00 | 1,318.75 | 52.75 | 51.95 | 1,298.75 | (20.00) | ST | |
| 5 | | 07/30/01 | 263.88 | 52.776 | 51.95 | 259.75 | (4.13) | ST | |
| 30 | | | 1,582.63 | 52.754 | | 1,558.50 | (24.13) | | .096 / 1.50 |
| 15 | VERIZON COMMUNICATIONS SYMBOL: VZ/RATING: B+ | 09/29/00 | 744.38 | 49.625 | 50.00 | 750.00 | 5.62 | ST | |
| 5 | | 05/08/01 | 281.54 | 56.308 | 50.00 | 250.00 | (31.54) | ST | |
| 20 | | | 1,025.92 | 51.296 | | 1,000.00 | (25.92) | | 3.08 / 30.80 |

# SALOMON SMITH BARNEY
A member of citigroup

Ref: C0000605 00012921

## Preferred Client
## Individual Retirement Account
### September 1 - September 30, 2001

Page 6 of 11

### CYNTHIA R MOULTON

## Common stocks & options
*continued*

| Quantity | Description | Date acquired | Cost | Share cost | Current share price | Current value | Unrealized gain/(loss) | | Average % Yield/Anticipated Income (annualized) |
|---|---|---|---|---|---|---|---|---|---|
| 10 | MICRON TECHNOLOGY INC SYMBOL: MU/RATING: B- | 05/14/01 | $401.04 | $40.103 | $18.83 | $188.30 | ($212.74) | ST | |
| 15 | | 06/01/01 | 580.06 | 38.67 | 16.83 | 282.45 | (297.65) | ST | |
| 25 | | | 981.10 | 39.244 | | 470.75 | (510.35) | | |
| 5 | MIRANT CORP COM SYMBOL: MIR | 01/03/01 | 155.41 | 37.076 | 21.90 | 109.50 | (45.91) | ST | |
| 5 | | 06/28/01 | 175.20 | 35.04 | 21.90 | 109.50 | (65.70) | ST | |
| 10 | | | 330.61 | 33.061 | | 219.00 | (111.61) | | |
| 15 | ORACLE CORP SYMBOL: ORCL/RATING: B+ | 09/29/00 | 605.62 | 40.375 | 12.58 | 188.70 | (416.92) | ST | |
| 15 | | 01/03/01 | 452.39 | 30.159 | 12.58 | 188.70 | (263.69) | ST | |
| 30 | | | 1,058.01 | 35.267 | | 377.40 | (680.61) | | |
| 15 | PEPSICO INC SYMBOL: PEP/RATING: A | 09/29/00 | 695.43 | 46.362 | 48.50 | 727.50 | 32.07 | ST | 1.195 -8.70 |
| 15 | PFIZER INC SYMBOL: PFE/RATING: A+ | 02/14/01 | 673.80 | 44.919 | 40.10 | 601.50 | (72.30) | ST | |
| 10 | | 03/01/01 | 440.32 | 44.031 | 40.10 | 401.00 | (39.32) | ST | |
| 25 | | | 1,114.12 | 44.565 | | 1,002.50 | (111.62) | | 1.097 11.00 |
| 10 | QWEST COMMUNICATIONS INTL SYMBOL: Q | 11/08/00 | 453.61 | 45.36 | 16.70 | 167.00 | (286.61) | ST | |
| 5 | | 05/08/01 | 192.95 | 38.589 | 16.70 | 83.50 | (109.45) | ST | |
| 5 | | 09/19/00 | 100.00 | 20.00 | 16.70 | 83.50 | (16.50) | ST | |
| 20 | | | 746.56 | 37.328 | | 334.00 | (412.56) | | .299 1.00 |
| 20 | SBC COMMUNICATIONS INC SYMBOL: SBC/RATING: A- | 09/29/00 | 1,000.00 | 50.00 | 47.12 | 942.40 | (57.60) | ST | 2.175 20.50 |
| 20 | SAFEWAY INC NEW SYMBOL: SWY/RATING: B+ | 09/29/00 | 933.75 | 46.687 | 39.72 | 794.40 | (139.35) | ST | |
| 15 | SCHLUMBERGER LTD SYMBOL: SLB/RATING: B | 09/29/00 | 1,245.00 | 83.00 | 45.70 | 685.50 | (559.50) | ST | 1.641 11.25 |
| 30 | TARGET CORP SYMBOL: TGT/RATING: A | 09/29/00 | 785.62 | 26.187 | 31.75 | 952.50 | 166.88 | ST | .692 6.60 |
| 10 | TEXAS INSTRUMENTS INC SYMBOL: TXN/RATING: B+ | 09/29/00 | 470.62 | 47.062 | 24.98 | 249.80 | (220.82) | ST | |
| 5 | | 04/23/01 | 176.63 | 35.325 | 24.98 | 124.90 | (51.73) | ST | |
| 15 | | | 647.25 | 43.15 | | 374.70 | (272.55) | | .34 1.28 |

# SALOMON SMITH BARNEY
A member of citigroup

Ref: 00000605 00012923

## Investment activity
*continued*

**CYNTHIA R MOULTON**

| Date | Activity | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 09/13/01 | Sold | INTEL CORP<br>We acted as your agent<br>in this transaction.<br>SALOMON SMITH BARNEY | -25 | $ 25.992 | $ 649.80 |
| 09/13/01 | Sold | TEXAS INSTRUMENTS INC<br>We acted as your agent<br>in this transaction. | -10 | 28.99 | 289.89 |
| 09/24/01 | Bought | BANK OF AMERICA CORP<br>We acted as your agent<br>in this transaction. | 5 | 55.28 | -276.40 |
| 09/24/01 | Bought | EXELON CORP<br>We acted as your agent<br>In this transaction. | 5 | 52.03 | -260.15 |
| 09/24/01 | Bought | EXXON MOBIL CORP<br>We acted as your agent<br>In this transaction. | 5 | 38.16 | -190.80 |
| 09/24/01 | Bought | GENERAL ELECTRIC CO<br>We acted as your agent<br>In this transaction. | 10 | 32.36 | -323.60 |
| 09/24/01 | Bought | INTL BUSINESS MACHINES CORP<br>We acted as your agent<br>in this transaction. | 5 | 93.50 | -467.50 |
| 09/24/01 | Bought | JOHNSON & JOHNSON<br>We acted as your agent<br>In this transaction. | 5 | 52.69 | -263.45 |
| 09/24/01 | Bought | ESTEE LAUDER COS INC CL A<br>We acted as your agent<br>in this transaction. | 5 | 33.05 | -165.25 |
| 09/24/01 | Bought | ELI LILLY & CO<br>We acted as your agent<br>in this transaction. | 5 | 75.06 | -375.30 |
| 09/24/01 | Bought | QWEST COMMUNICATIONS INTL<br>We acted as your agent<br>in this transaction. | 5 | 20.00 | -100.00 |
| 09/24/01 | Bought | TYCO INTERNATIONAL LTD<br>-NEW-<br>We acted as your agent<br>in this transaction. | 5 | 43.48 | -217.40 |

# SALOMON SMITH BARNEY
A member of citigroup

Ref: 00002200 00046194

## Preferred Client IRA Statement
### November 1 - November 30, 2000

**CYNTHIA R MOULTON**

**Common stocks & options** *continued*

| Quantity | Description | Date acquired | Cost | Share cost | Current share price | Current value | Unrealized gain/(loss) | | Average % Yield/Anticipated Income (annualized) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | .375% |
| 30 | MEDTRONIC INC SYMBOL: MDT/RATING: A | 09/29/00 | $1,571.25 | $52.375 | $53.25 | $1,597.50 | $26.25 | ST | $6.00 |
| 15 | MERCK & CO INC SYMBOL: MRK/RATING: A+ | 09/29/00 | 1,119.38 | 74.625 | 92.688 | 1,390.32 | 270.94 | ST | 1.467 20.40 |
| 25 | MICROSOFT CORP SYMBOL: MSFT/RATING: A- | 09/29/00 | 1,501.56 | 60.062 | 57.375 | 1,434.38 | (67.18) | ST | |
| 35 | NORTEL NETWORKS CORP NEW SYMBOL: NT/RATING: B | 09/29/00 | 2,154.69 | 61.562 | 37.75 | 1,321.25 | (833.44) | ST | .198 2.63 |
| 30 | ORACLE CORP SYMBOL: ORCL/RATING: B+ | 09/29/00 | 1,211.25 | 40.375 | 26.50 | 795.00 | (416.25) | ST | |
| 25 | PEPSICO INC SYMBOL: PEP/RATING: A | 09/29/00 | 1,159.05 | 46.362 | 45.375 | 1,134.38 | (24.67) | ST | 1.234 14.00 |
| 10 | QWEST COMMUNICATIONS INTL SYMBOL: Q | 11/08/00 | 453.61 | 45.36 | 37.75 | 377.50 | (76.11) | ST | |
| 35 | SBC COMMUNICATIONS INC SYMBOL: SBC/RATING: A- | 09/29/00 | 1,750.00 | 50.0 | 54.938 | 1,922.83 | 172.83 | ST | 1.847 35.53 |
| 20 | SAFEWAY INC NEW SYMBOL: SWY/RATING: B+ | 09/29/00 | 933.75 | 46.687 | 58.938 | 1,178.76 | 245.01 | ST | |
| 20 | SCHERING PLOUGH CORP SYMBOL: SGP/RATING: A+ | 09/29/00 | 936.25 | 46.812 | 56.063 | 1,121.26 | 185.01 | ST | .998 11.20 |
| 15 | SCHLUMBERGER LTD SYMBOL: SLB/RATING: B | 09/29/00 | 1,245.00 | 83.00 | 62.00 | 930.00 | (315.00) | ST | 1.209 11.25 |
| 45 | STAPLES INC SYMBOL: SPLS/RATING: B+ | 09/29/00 | 635.63 | 14.125 | 12.00 | 540.00 | (95.63) | ST | |
| 15 | SUN MICROSYSTEMS INC SYMBOL: SUNW/RATING: B+ | 09/29/00 | 1,788.75 | 119.25 | 76.063 | 1,140.95 | (647.80) | ST | |
| 35 | TARGET CORP SYMBOL: TGT/RATING: A | 09/29/00 | 916.56 | 26.187 | 30.063 | 1,052.21 | 135.65 | ST | .731 7.70 |

# SALOMON SMITH BARNEY

A member of citigroup

Ref: 00002200 00046195

## Preferred Client IRA Statement
### November 1 - November 30, 2000

Page 6 of 8

**CYNTHIA R MOULTON**

**Common stocks & options** *continued*

| Quantity | Description | Date acquired | Cost | Share cost | Current share price | Current value | Unrealized gain/(loss) | Average % Yield/Anticipated Income (annualized) |
|---|---|---|---|---|---|---|---|---|
| 20 | TEXAS INSTRUMENTS INC SYMBOL: TXN/RATING: B | 09/29/00 | $841.25 | $47.062 | $37.313 | $746.26 | ($194.99) ST | .227% $1.70 |
| 25 | TYCO INTERNATIONAL LTD -NEW- SYMBOL: TYC/RATING: B+ | 09/29/00 | 1,318.75 | 52.75 | 52.75 | 1,318.75 | 0.00 | .094 1.25 |
| 15 | VERIZON COMMUNICATIONS SYMBOL: VZ/RATING: B+ | 09/29/00 | 744.38 | 49.625 | 56.188 | 842.82 | 98.44 ST | 2.74 23.10 |
| 20 | VIACOM INC CL B SYMBOL: VIAB/RATING: B- | 09/29/00 | 1,166.25 | 58.312 | 51.125 | 1,022.50 | (143.75) ST | |
| 5 | | 11/22/00 | 267.29 | 53.458 | 51.125 | 255.63 | (11.66) ST | |
| 25 | | | 1,433.54 | 57.342 | | 1,278.13 | (155.41) ST | .459 3.60 |
| 15 | WAL-MART STORES INC SYMBOL: WMT/RATING: A+ | 09/29/00 | 729.37 | 48.625 | 52.188 | 782.82 | 53.45 ST | |
| 40 | WELLS FARGO & CO NEW SYMBOL: WFC/RATING: A | 09/29/00 | 1,877.50 | 46.937 | 47.438 | 1,897.52 | 20.02 ST | 2.023 38.40 |
| **Total common stocks and options** | | | $57,942.55 | | | $52,645.99 | ($5,296.56) ST $0.00 LT | .85 $451.24 |
| **Total portfolio value** | | | $59,512.01 | | | $54,215.45 | ($5,296.56) ST $0.00 LT | 1.00 $545.96 |

## Transaction details

**Investment activity**

| Date | Activity | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 11/03/00 | Sold | WORLDCOM INC GA-NEW We acted as your agent in this transaction. SALOMON SMITH BARNEY | -30 | $23.54 | $705.18 |
| 11/13/00 | Bought | QWEST COMMUNICATIONS INTL We acted as your agent in this transaction. | 10 | 45.36 | -453.61 |
| 11/27/00 | Sold | WAL-MART STORES INC We acted as your agent in this transaction. | -5 | 47.125 | 235.62 |

First-Class Mail
U.S. Postage
PAID
Gilardi & Co.

PRESORTED

*Qwest Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 808003
Petaluma, CA 94975-8003

**Important Legal Documents Enclosed**

QWST1-2261931-3 R
Do Not Mark This Barcode
105735

CYNTHIA R MOULTON
SSB IRA ROLLOVER CUSTODIAN
MGD 1838
11611 NOBLEWOOD CREST LN
HOUSTON TX 77082-6812

QWST1

