IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-01451-REB-PAC
 (Consolidated with Civil Action Nos., **01-cv-01472-REB-PAC, 01-cv-01527-REB-PAC, 01-cv-01616-REB-PAC, 01-cv-01799-REB-PAC, 01-cv-01930-REB-PAC, 01-cv-02083-REB-PAC, 02-cv-00333, 02-cv-00374-REB-PAC, 02-cv-00507-REB-PAC, 02-cv-00658-REB-PAC, 02–cv-00755-REB-PAC, 02-cv-00798-REB-PAC, and 04-cv-00238-REB-PAC)**

**In re QWEST COMMUNICATIONS INTERNATIONAL, INC. SECURITIES LITIGATION**

_____

**MINUTE ORDER**
_____

IT IS HEREBY **ORDERED** that the Motion to Admit Jeffrey D. Meyer Pro Hac Vice [filed March 20, 2006; Doc. No. 955] is **denied.**  Please see D.C.Colo.LCivR 83.3A.

Dated:  March 22, 2006