

**New York State Teachers' Retirement System**
10 Corporate Woods Drive
Albany, New York 12211-2395

(800) 356-3128 or 447-2666 (Albany-area calls)
Web Site: www.nystrs.org

**George M. Philip, Executive Director**

Office of the General Counsel
FAX (518) 447-2679

March 31, 2006

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR − 3 2006

GREGORY C. LANGHAM
CLERK

Clerk of the Court
United States District Court
  For the District of Colorado
United States Courthouse
901 19th Street - Room A-105
Denver, CO 80294

       In re Qwest Communications International, Inc. Securities Litigation,
       Civil Action No. 01-cv-1451-REB-CBS

Ladies and Gentlemen:

       Pursuant to the Notice of Pendency and Partial Settlement of Class Action, which was approved by the Court on January 5, 2006, the New York State Teachers' Retirement System has requested exclusion from the proposed settlement and the settlement class. For that reason, the System hereby withdraws its objection to the attorneys' fee request advised in said Notice, which objection was previously submitted by the System by letter dated February 28, 2006. Such withdrawal, however, is entirely without prejudice to the Court's consideration of the matters discussed in said letter either *sua sponte* or when determining the merits of objections to class counsel's fee request presented by other members of the class who have not requested exclusion.

                                                   Yours truly,

                                                   Wayne Schneider
                                                   General Counsel

cc:     Lerach Coughlin Stoia Geller Rudman & Robbins LLP.
          Boies Schiller & Flexner LLP
          Arnold & Porter LLP
          Michael A. Budin, Esq.