IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-01451-REB-PAC
 (Consolidated with Civil Action Nos., **01-cv-01472-REB-PAC, 01-cv-01527-REB-PAC, 01-cv-01616-REB-PAC, 01-cv-01799-REB-PAC, 01-cv-01930-REB-PAC, 01-cv-02083-REB-PAC, 02-cv-00333, 02-cv-00374-REB-PAC, 02-cv-00507-REB-PAC, 02-cv-00658-REB-PAC, 02–cv-00755-REB-PAC, 02-cv-00798-REB-PAC, and 04-cv-00238-REB-PAC)**

**In re QWEST COMMUNICATIONS INTERNATIONAL, INC. SECURITIES LITIGATION**

_____

**MINUTE ORDER**
_____

         IT IS HEREBY **ORDERED** that the Motion for Intervention by Objectors Graham, Floyd, Hull and Auswr dated March 23, 2006 (doc. 961) and the Motion to Intervene dated April 4, 2006 (doc. 970) are denied for failure to comply with D.C.Colo. L. Civ.R. 7.1A.

Dated:  April 5, 2006