**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  01-cv-01451-REB-CBS
(Consolidated with Civil Action Nos. 01-cv-01472-REB-CBS, 01-cv-01527-REB-CBS, 01-cv-01616-REB-CBS, 01-cv-01799-REB-CBS, 01-cv-01930-REB-CBS, 02-cv-00333-REB-CBS, 02-cv-00374-REB-CBS, 02-cv-00507-REB-CBS, 02-cv-00658-REB-CBS, 02-cv-00755-REB-CBS; 02-cv-00798-REB-CBS; and 04-cv-00238-REB-CBS)

In re QWEST COMMUNICATIONS INTERNATIONAL, INC. SECURITIES LITIGATION

This document relates to:

STICHTING PENSIONENFONDS ABP v. QWEST COMMUNICATIONS INTERNATIONAL INC., et al.

Civil Action No. 04-cv-000238-REB-CBS

MINUTE ORDER[1]

       The matter before the court is the **Withdrawal of Objections to the Proposed Partial Settlement of the Above-Entitled Putative Class Action Subject to Approval of the Court Upon the Ground That the Objectors have "Opted-Out" of the Proposed Partial Settlement Which Also Includes the Proposed Certification of a Settlement Class and a Review of the Consolidated Discovery Order in the Above Action Provides for Appropriate Preservation of Discovery Material** [#974], filed on April 10, 2006.  Said "motion" is GRANTED and the **Objections to the Proposed Partial Settlement of the Above Entitled Putative Class Action Which Also Includes the Proposed Certification of a Settlement Class with Time Periods Provided for any Proposed Class Member to "Opt-Out" of the Proposed Class** [#967], filed on March 27, 2006, is WITHDRAWN.

Dated:  April 11, 2006
-----------------------------------------------------------------------------------------------------------

---

       [1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.