IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No.  01-cv-01451-REB-CBS
(Consolidated with Civil Action Nos. 01-cv-01472-REB-CBS, 01-cv-01527-REB-CBS, 01-cv-01616-REB-CBS, 01-cv-01799-REB-CBS, 01-cv-01930-REB-CBS, 02-cv-00333-REB-CBS, 02-cv-00374-REB-CBS, 02-cv-00507-REB-CBS, 02-cv-00658-REB-CBS, 02-cv-00755-REB-CBS; 02-cv-00798-REB-CBS; and 04-cv-00238-REB-CBS)

In re QWEST COMMUNICATIONS INTERNATIONAL, INC. SECURITIES LITIGATION
-cv-000238-REB-CBS

## ORDER CONCERNING MOTIONS TO INTERVENE

**Blackburn, J.**

This matter is before me on the following motions: 1) the motion to intervene filed by Eldon Graham, Hazel Floyd, Mary M. Hull, and the Association of US West Retirees (AUSWR) [#976], on April 11, 2006; and 2) the motion to intervene filed by Charles B. Reiner and Margaret M Flanagan [#977], on April 12, 2006.  The proposed intervenors seek to intervene to assert objections to the proposed award of attorney fees and expenses to lead counsel for the proposed plaintiff class in this case, and the proposed award of expenses to the lead plaintiffs.

I have reviewed the motions and conclude that the intervenors should be permitted to intervene in this matter to assert their objections to the proposed award of attorney fees and costs to lead counsel for plaintiffs and the proposed award of expenses to the lead plaintiffs.  However, I do not agree with the request of the intervenors that 1) they be permitted to conduct discovery concerning the attorney fees request; and 2) the May 19, 2006, settlement hearing be delayed pending completion of this discovery and appointment of a special master to oversee the fairness of an award

of attorney fees. On the current record, I conclude that this issue can be resolved fairly and expeditiously without such additional proceedings.

      **THEREFORE, IT IS ORDERED** as follows:

      1) That the motion to intervene filed by Eldon Graham, Hazel Floyd, Mary M. Hull, and the Association of US West Retirees (AUSWR) [#976], filed April 11, 2006, is **GRANTED** in part;

      2) That Eldon Graham, Hazel Floyd, Mary M. Hull, and the Association of US West Retirees (AUSWR) shall be permitted to intervene as plaintiffs in this action for the purpose of asserting objections to the pending request for an award of attorney fees and costs to lead counsel for the plaintiffs, and expenses to lead plaintiffs;

      3) That the motion to intervene filed by Charles B. Reiner and Margaret M Flanagan [#977], filed April 12, 2006, is **GRANTED** in part;

      4) That Charles B. Reiner and Margaret M Flanagan shall be permitted to intervene in this action as plaintiffs for the purpose of asserting objections to the pending request for an award of attorney fees and costs to lead counsel for the plaintiffs, and expenses to lead plaintiffs;

      5) That the motion to intervene filed by Eldon Graham, Hazel Floyd, Mary M. Hull, and the Association of US West Retirees (AUSWR) [#976], filed April 11, 2006, is **DENIED** to the extent these intervenors seek to conduct discovery on the issue of attorney fees and costs and to delay the May 19, 2006 settlement hearing in this case; and

6)  That the motion to intervene filed by Charles B. Reiner and Margaret M Flanagan [#977], filed April 12, 2006, is **DENIED** to the extent these intervenors seek to conduct discovery on the issue of attorney fees and costs and to delay the May 19, 2006 settlement hearing in this case.

Dated April 12, 2006, at Denver, Colorado.

                          **BY THE COURT:**

                          **s/ Robert E. Blackburn**
                          **Robert E. Blackburn**
                          **United States District Judge**

.