**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  01-cv-01451-REB-CBS
(Consolidated with Civil Action Nos. 01-cv-01472-REB-CBS, 01-cv-01527-REB-CBS, 01-cv-01616-REB-CBS, 01-cv-01799-REB-CBS, 01-cv-01930-REB-CBS, 02-cv-00333-REB-CBS, 02-cv-00374-REB-CBS, 02-cv-00507-REB-CBS, 02-cv-00658-REB-CBS, 02-cv-00755-REB-CBS; 02-cv-00798-REB-CBS; and 04-cv-00238-REB-CBS)

In re QWEST COMMUNICATIONS INTERNATIONAL, INC. SECURITIES LITIGATION

This document relates to:

STICHTING PENSIONENFONDS ABP v. QWEST COMMUNICATIONS INTERNATIONAL INC., et al.

Civil Action No. 04-cv-000238-REB-CBS

---

MINUTE ORDER[1]

---

The Unopposed Motion for Leave to File a Response to Objections That Exceeds the Page Limit [#980] filed on April 19, 2006, is GRANTED.  Defendant Qwest Communications International Inc. shall be permitted to file a response of up to **25** pages to the Non-Settling Defendants' opposition and various Class Members' objections to the Settlement preliminary approved by this Court on January 5, 2006.

Dated:  April 24, 2006
-----------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.