IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-1451-REB-PAC
(Consolidated with Civil Action Nos. 01-cv-1472-REB-PAC, 01-cv-1527-REB-PAC, 01-cv-1616-REB-PAC, 01-cv-1799-REB-PAC, 01-cv-1930-REB-PAC, 01-cv-2083-REB-PAC, 02-cv-0333-REB-PAC, 02-cv-0374-REB-PAC, 02-cv-0507-REB-PAC, 02-cv-0658-REB-PAC, 02-cv-755-REB-PAC, 02-cv-798-REB-PAC and 04-cv-0238-REB-PAC)

In re QWEST COMMUNICATIONS INTERNATIONAL, INC. SECURITIES LITIGATION

**DECLARATION OF JEFFREY D. LIGHT IN SUPPORT OF REPLY BRIEF IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS AND LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

I, JEFFREY D. LIGHT, declare as follows:

I am a member of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP. I am submitting this Declaration in support of Lead Plaintiffs' Reply Brief in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds and Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses.

1. Attached hereto are true and correct copies of the following:

| | |
|---|---|
| Exhibit 1: | Judith Burns, Cox Says SEC Lags In Returning 'Fair Funds', *The Wall Street Journal.Online*, November 22, 2005, http://online.wsj.com; |
| Exhibit 2: | Wayne Schneider, Objections to Attorneys Fee Requests in Federal Securities Class Actions, *The NAPPA Report*, Vol. 19 No. 1, February 2005; |
| Exhibit 3: | *Brody, et al. v. U.S. West, et al.*, No. 00 CV 4142, Transcript (Denver County Super. Ct. Aug. 30, 2005); |
| Exhibit 4: | National Law Journal Billing Survey (ALM Research 2005); and |
| Exhibit 5: | Deborah A. Wilburn, The Go-To Guy, *Westchester Magazine*, August 2005. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 28th day of April, 2006, at San Diego, California.



s/ JEFFREY D. LIGHT
JEFFREY D. LIGHT

S:\Settlement\Qwest.set\DEC JDL 00030409.doc

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

        s/ KIP B. SHUMAN
        KIP B. SHUMAN

        DYER & SHUMAN, LLP
        801 East 17th Avenue
        Denver, CO 80218-1417
        Telephone: 303/861-3003
        303/830-6920 (fax)
        E-mail: kshuman@dyershuman.com

# Mailing Information for a Case 1:01-cv-01451-REB-PAC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **X. Jay Alvarez**
  JayA@lerachlaw.com

- **Timothy Granger Atkeson**
  Tim_Atkeson@aporter.com
  jeffrey_lewis@aporter.com;shelby_hunt@aporter.com;john_freedman@aporter.com;scott_schreiber@aporter.cor

- **Michael James Barry**
  mbarry@gelaw.com mhartman@gelaw.com;gfpulver@handf.com

- **Jeffrey Allen Berens**
  jberens@dyershuman.com

- **Terry W. Bird**
  twb@birdmarella.com dh@birdmarella.com

- **David Robert Boyd**
  dboyd@bsfllp.com jmessner@bsfllp.com

- **Jessica Brody**
  jessica_brody@aporter.com jeffrey_lewis@aporter.com;susan_cole@aporter.com;roleen_johnson@aporter.com

- **Spencer A. Burkholz**
  SpenceB@lerachlaw.com e_file_sd@lerachlaw.com

- **John K. Carroll**
  john.carroll@cliffordchance.com

- **Kwame A. Clement**
  Kwame_Clement@aporter.com kclement8688@comcast.net

- **David Lawrence Cook**
  david.cook@cliffordchance.com

- **Jennifer Lynn Coon**
  jlc@birdmarella.com lak@birdmarella.com

- **Merrill Gene Davidoff**
  mdavidoff@bm.net sleo@bm.net

- **Michael J. Dowd**
  MikeD@lerachlaw.com CHaney@lerachlaw.com

- **Mark T. Drooks**
  mtd@birdmarella.com lak@birdmarella.com

- **Stephanie Erin Dunn**
  sdunn@perkinscoie.com sdunn-efile@perkinscoie.com

- **Thomas E. Egler**
  TomE@lerachlaw.com HeatherH@lerachlaw.com

- **Kevin D. Evans**
  kdevans@s-elaw.com tbaksay@s-elaw.com

- **Clyde A. Faatz, Jr**
  cafaatz@handf.com gfpulver@handf.com;kjscholet@handf.com

- **Christopher James W. Forrest**
  cjforrest@handf.com gfpulver@handf.com;kjscholet@handf.com

- **Joshua David Franklin**
  jdf@denverda.org

- **John A. Freedman**
  john_freedman@aporter.com

- **Walter W. Garnsey, Jr**
  wgarnsey@khgk.com smiller@khgk.com

- **Terence C. Gill**
  tgill@sah.com efiling@sah.com;dsikes@sah.com

- **Michael W. Gross**
  mwgross@juno.com mgross@sgattorneys.com

- **Marcy Marie Heronimus**
  mheronim@sah.com efiling@sah.com;peckman@sah.com

- **Michael James Hofmann**
  michael.hofmann@hro.com jackie.delay@hro.com

- **Kevin Brent Huff**
  khuff@khhte.com

- **Shelby Hunt**
  shelby_hunt@aporter.com

- **Roberta A. Kaplan**
  rkaplan@paulweiss.com

- **Curtis L. Kennedy**
  CurtisLKennedy@aol.com

- **Gary Michael Kramer**
  gkramer@bw-legal.com amcarrillo@bw-legal.com

- **William J. Leone**
  William.Leone@usdoj.gov USACO.ECFCivil@usdoj.gov;Dorothy.Burwell@usdoj.gov

- **Alfred P. Levitt**
  alevitt@bsfllp.com jmessner@bsfllp.com

- **Vincent J. Marella**
  lak@birdmarella.com

- **David Meister**
  david.meister@cliffordchance.com

- **Jeffrey D. Meyer**
  jmeyer@moultonmeyer.com rhuron@moultonmeyer.com

- **Charles G. Michaels**
  michaels@cmichaelslaw.com

- **James D. Miller**
  james.miller@cliffordchance.com
  damien.morris@cliffordchance.com;salvatore.dziekan@cliffordchance.com;david.cook@cliffordchance.com

- **Robert Nolen Miller**
  rmiller@perkinscoie.com rmiller-efile@perkinscoie.com

- **Barbara C. Moses**
  bmoses@magislaw.com jlaing@magislaw.com

- **Edward S. Nathan**
  enathan@sgklaw.com lspecter@sgklaw.com

- **James E. Nesland**
  neslandje@cooley.com foutsdl@cooley.com;inghramjl@cooley.com;calendarreq@cooley.com

- **Sharan Nirmul**
  snirmul@gelaw.com dlohinetz@gelaw.com

- **Robin Lee Nolan**
  rnolan@handf.com gfpulver@handf.com;kjscholet@handf.com

- **Elissa J. Preheim**
  Elissa.Preheim@aporter.com

- **Kimberly Wolf Price**
  kimberly.wolf@cliffordchance.com

- **Thomas Vincent Reichert**
  tvr@birdmarella.com vmb@birdmarella.com

- **John M. Richilano**
  jmr@rglawoffice.net gmiller@rglawoffice.net;jduran@rglawoffice.net;dbrummett@rglawoffice.net

- **Eric Tolentino Rillorta**
  Eric_Rillorta@aporter.com

- **Kenneth F. Rossman, IV**

  krossman@bsfllp.com

- **Ashley Elizabeth Rupp**
  arupp@magislaw.com

- **Scott Saham**
  scotts@lerachlaw.com

- **Scott B. Schreiber**
  scott_schreiber@aporter.com

- **Arthur M. Schwartz**
  aschwartz@sgattorneys.com dburton@sgattorneys.com

- **Paul Howard Schwartz**
  schwartzph@cooley.com
  foutsdl@cooley.com;colitigation@cooley.com;inghramjl@cooley.com;calendarreq@cooley.com

- **David L. Schwarz**
  dschwarz@khhte.com

- **Edward F. Siegel**
  efsiegel@efs-law.com

- **Joel M. Silverstein**
  jsilverstein@sgklaw.com

- **Jeffrey Allen Smith**
  jsmith1@cooley.com foutsdl@cooley.com;inghramjl@cooley.com;calendarreq@cooley.com

- **Jeffrey Speiser**
  jspeiser@sgklaw.com

- **Herbert J. Stern**
  dpenna@sgklaw.com

- **Jesus Manuel Vazquez, Jr**
  jvazquez@rothgerber.com tclanahan@rothgerber.com

- **James Gregory Waller**
  gregwaller@andrewskurth.com amyprasad@akllp.com;kpiccolo@akllp.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
I. Walton Bader
Bader & Bader, LLP
50 Main Street
#1000 PMB 1029
White Plains, NY 10601
```

Fredric C. Clodius
11015 Millbank Road
King George, VA 22485

Brian Fitzpatrick
87 Barrow Street
Apartment 6H
New York, NY 10014

Geoffrey C. Jarvis
Grant & Eisenhofer, P.A.
1201 North Market Street
#2100
Wilmington, DE 19801

C. Mylett
P.O. Box 1031
Coleman, FL 33521

New York State Teachers' Retirement System
Wayne Schneider
Joseph J. Indelicato
10 Corporate Woods Drive
Albany, NY 12211-2395

Cleo J. Rauchway
Rothgerber, Johnson & Lyons, LLP
United States District Court Box 11
1200 - 17th Street
#3000
Denver, CO 80202

William M. Rogers
606 S. Military Trail
Deerfield Beach, FL 33442

# MANUAL NOTICE LIST

*Defendants:*

David Boies
BOIES, SCHILLER & FLEXNER, LLP
333 Main Street
Armonk, NY 10504
Telephone: 914/749-8200
Fax: 914/749-8300

David W. Shapiro
John F. Cove, Jr.
BOIES, SCHILLER & FLEXNER, LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: 510/874-1000
Fax: 510/874-1460

Holly Stein Sollod
Jennifer H. Weddle
HOLLAND & HART
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Telephone: 303/295-8000
Fax: 303/295-8261

Frederick J. Baumann
James M. Lyons
ROTHGERBER JOHNSON & LYONS LLP
1200 17th Street, Suite 3000
Denver, CO 80202-5839
Telephone: 303/623-9000
Fax: 303/623-9222

Neil Peck
James D. Kilroy
SNELL & WILMER, LLP
One Tabor Center, Suite 1900
1200 Seventeenth Street
Denver, CO 80202
Telephone: 303/634-2000
Fax: 303/634-2020

Charles A. Stillman
Diana Nehro
STILLMAN & FRIEDMAN, P.C.
425 Park Avenue
New York, NY 10022
Telephone: 212/223-0200
Fax: 212/223-1942

*Objectors:*

Alan Henry
ANCHORMEDIA VENTURES
35 Franklin Court So.
St. Petersburg, FL 33711
Telephone: 727/866-3277
Fax: 727/577-7788
    - and –
3 Highfields Lane
Northport, ME 04849
Telephone: 207/338-6670

Michael A. Budin, Chief Counsel
COMMONWEALTH OF PENNSYLVANIA
STATE EMPLOYEES' RETIREMENT
SYSTEM
30 North Third Street, 5th Floor
Harrisburg, PA 17101
Telephone: 717/783-7317
Fax: 717/787-5751