F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 0 4 2006

GREGORY C. LANGHAM
CLERK

R. Stan Soth
5518 South Willamette Street
Spokane, WA 99223
May 1, 2006

Clerk of the Court
District of Colorado
United States Courthouse
901 19th Street, Room A-105
Denver, CO 80294

SUBJECT: Civil Action No. 01-cv-1451-REB-CBS

I am sending you a copy of my letter, written on behalf of my Mother, because I feel the Court needs to know about the mishandling of the settlement of the case cited above. According to the rather overwhelming documents included with the extremely complicated "PROOF OF CLAIM AND RELEASE" form which arrived days before the submission deadline, "the Court is preparing to consider the fairness, reasonableness,(sic) and adequacy of the settlement." I can only trust that the Court will recognize the processing of this case as far from fair, reasonable or adequate. I believe this process will distress many more class members than just my Mother. Countless will surely miss the unreasonably short deadline complicated, in no small part, by the copious small print and innumerable boxes to fill and check. This is not justice! Someone, by gross incompetence or design, is retaining much of the settlement fund. Victims become victims again.

R. Stan Soth

R. Stan Soth<br>
5518 South Willamette Street<br>
Spokane, WA 99223<br>
May 1, 2006

Qwest Securities Litigation  
Claims Administrator  
C/o Gildari & Co. LLC  
P.O. Box 808003  
Petaluma, CA 94975-8003

My seventy-eight old Mother received the enclosed document just days ago! She opened it and examined it. The complexity and short deadline caused her to become very anxious and distraught. My wife and I assist Mom with financial matters, though she is still very capable of handling her checking and other day-to-day issues. Unfortunately, she was not able to contact us until May 1, 2006 to help her with your daunting claim form.

You failed miserably by waiting until such a short time remained. I have no doubt that a large proportion of the class will fail to file due to the complexity of the form and the extremely short time frame allowed. I believe this is completely unacceptable and cannot help but wonder if you did it intentionally so unclaimed money can flow to you or some other "representative" of the class.

You are doing a terrible job!

R. Stan Soth

Cc;   Clerk of the Court  
      Keith F. Park  
      Alfred Levitt  
      Securities and Exchange Commission