**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  01-cv-01451-REB-CBS
(Consolidated with Civil Action Nos. 01-cv-01472-REB-CBS, 01-cv-01527-REB-CBS, 01-cv-01616-REB-CBS, 01-cv-01799-REB-CBS, 01-cv-01930-REB-CBS, 02-cv-00333-REB-CBS, 02-cv-00374-REB-CBS, 02-cv-00507-REB-CBS, 02-cv-00658-REB-CBS, 02-cv-00755-REB-CBS; 02-cv-00798-REB-CBS; and 04-cv-00238-REB-CBS)

In re QWEST COMMUNICATIONS INTERNATIONAL, INC. SECURITIES LITIGATION

## ORDER CONCERNING MOTION FOR LEAVE TO DESIGNATE EXPERT WITNESS

**Blackburn, J.**

This matter is before me on the motion to designate expert witness [#996] filed May 3, 2006, by objectors Graham, Floyd, Hull, and AUSWR.  On May 5, 2006, the lead plaintiffs filed a response [#998].  I conclude that the motion should be granted in part.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the motion to designate expert witness [#996] filed May 3, 2006, by objectors Graham, Floyd, Hull, and AUSWR, is **GRANTED** in part;

2.  That on or before **May 19, 2006**, objectors Graham, Floyd, Hull, and AUSWR may file a rebuttal expert opinion affidavit executed by their proposed expert witness, Professor Michael Perino; and

3.  That the motion is **DENIED** otherwise.

Dated May 10, 2006, at Denver, Colorado.

                                         **BY THE COURT:**

                                         s/ Robert E. Blackburn
                                         **Robert E. Blackburn
United States District Judge**