# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No.  01-cv-01451-REB-CBS
(Consolidated with Civil Action Nos. 01-cv-01472-REB-CBS, 01-cv-01527-REB-CBS, 01-cv-01616-REB-CBS, 01-cv-01799-REB-CBS, 01-cv-01930-REB-CBS, 02-cv-00333-REB-CBS, 02-cv-00374-REB-CBS, 02-cv-00507-REB-CBS, 02-cv-00658-REB-CBS, 02-cv-00755-REB-CBS; 02-cv-00798-REB-CBS; and 04-cv-00238-REB-CBS)

In re QWEST COMMUNICATIONS INTERNATIONAL, INC. SECURITIES LITIGATION

## ORDER CONCERNING MOTION TO FILE CLAIM OUT OF TIME

**Blackburn, J.**

This matter is before me on the Archdioscese of St. Louis, Missouri's **Amended Motion for Leave to File Claim Out of Time** [#1021], filed May 23, 2006.  The Archdioscese filed its amended claim form with the claims administrator in late May, 2006, beyond the May 2, 2006, deadline for filing claims.  I find and conclude that the Archdioscese has shown good cause for the tardy filing of its claim form.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the Archdioscese of St. Louis, Missouri's **Amended Motion for Leave to File Claim Out of Time** [#1021], filed May 23, 2006, is **GRANTED**;

2. That the Archdioscese of St. Louis, Missouri is granted leave to file its amended claim form, as shown in Exhibit A to its motion, with the claims administrator after the May 2, 2006, deadline for filing claims; and

3. That the claims administrator is directed to accept the Archdioscese's amended claim form, as shown in Exhibit A to the Archdioscese's motion, as timely submitted.

Dated September 13, 2006, at Denver, Colorado.

                                            **BY THE COURT:**

                                            **s/ Robert E. Blackburn**
                                            **Robert E. Blackburn**
                                            **United States District Judge**