**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  01-cv-01451-REB-CBS
(Consolidated with Civil Action Nos. 01-cv-01472-REB-CBS, 01-cv-01527-REB-CBS,
01-cv-01616-REB-CBS, 01-cv-01799-REB-CBS, 01-cv-01930-REB-CBS, 02-cv-00333-
REB-CBS, 02-cv-00374-REB-CBS, 02-cv-00507-REB-CBS, 02-cv-00658-REB-CBS,
02-cv-00755-REB-CBS; 02-cv-00798-REB-CBS; and 04-cv-00238-REB-CBS)

In re QWEST COMMUNICATIONS INTERNATIONAL, INC. SECURITIES LITIGATION

---

### ORDER STAYING PRODUCTION OF DOCUMENTS

---

**Blackburn, J.**

This matter is before me on defendant Qwest Communications International

Inc.'s **Unopposed Motion for Entry of Stipulated [Proposed] Order Extending Stay**

**of Production of Limited Waiver Documents Pending Resolution of Qwest**

**Communications International Inc.'s Anticipated Petition for Writ of Certiorari**

[#1031], filed June 23, 2006.  I grant the motion.

On February 2, 2006, I entered an Order Concerning Qwest's Renewed Motion

to Reconsider and to Certify Interlocutory Appeal [#923].  In that order I required Qwest

to produce to the plaintiffs, under certain conditions, about 220,000 documents that

Qwest had provided to the United States Securities and Exchange Commission (SEC)

in the course of the SEC's investigation of Qwest.  I later stayed Qwest's production

obligations under the February 2, 2006, Order pending resolution of Qwest's petition

for writ of mandamus filed with the United States Court of Appeals for the Tenth Circuit.

*Order*, [#950] filed March 10, 2006.  On June 19, 2006, the Tenth Circuit denied Qwest's Mandamus Petition.

Qwest now has filed a Petition for Writ of Certiorari with the United States Supreme Court concerning my order requiring Qwest to produce the documents it provided to the SEC.  The Supreme Court has assigned that case Supreme Court No. 06-343.  The parties have stipulated to a stay of my February 2, 2006, order pending resolution of Qwest's petition for certiorari.  Applying the same analysis detailed in my order [#950], filed March 10, 2006, I conclude that the stay of my February 2, 2006, order should be continued pending resolution of Qwest's petition for certiorari.

**THEREFORE, IT IS ORDERED** as follows:

1. That Qwest Communications International Inc.'s **Unopposed Motion for Entry of Stipulated [Proposed] Order Extending Stay of Production of Limited Waiver Documents Pending Resolution of Qwest Communications International Inc.'s Anticipated Petition for Writ of Certiorari** [#1031], filed June 23, 2006, is **GRANTED**;

2. That my Order Concerning Qwest's Renewed Motion to Reconsider and to Certify Interlocutory Appeal [#923], filed February 2, 2006, is **STAYED** pending resolution of Qwest's Petition for Writ of Certiorari with the United States Supreme Court, Supreme Court No. 06-343, concerning its production obligations under my order [#923], filed February 2, 2006;

3. That the stay is **SUBJECT TO MODIFICATION** *sua sponte* by the court, or on a showing of good cause by the plaintiffs, if changed circumstances merit a modification of the stay; and

4. That if not sooner lifted, the **STAY** shall be lifted ten days after the United States Supreme Court either denies Qwest's Petition for Writ of Certiorari, or rules on Qwest's claims after granting Qwest's Petition for Writ of Certiorari.

Dated September 28, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**