**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  01-cv-01451-REB-CBS
(Consolidated with Civil Action Nos. 01-cv-01472-REB-CBS, 01-cv-01527-REB-CBS, 01-cv-01616-REB-CBS, 01-cv-01799-REB-CBS, 01-cv-01930-REB-CBS, 02-cv-00333-REB-CBS, 02-cv-00374-REB-CBS, 02-cv-00507-REB-CBS, 02-cv-00658-REB-CBS, 02-cv-00755-REB-CBS; 02-cv-00798-REB-CBS; and 04-cv-00238-REB-CBS)

In re QWEST COMMUNICATIONS INTERNATIONAL, INC. SECURITIES LITIGATION

**MINUTE ORDER**[1]

     In light of my approval of the partial class action settlement in this case, the motions [#1000] and [#1035] to consolidate Case Nos. 06-cv-00732 and 06-cv-01539 with the above-captioned case are denied.  With my approval of the partial settlement in the above-captioned case, Case Nos. 06-cv-00732 and 06-cv-01539 now are in a substantially different posture than the above-captioned case, and consolidation is not warranted.

Dated:  September 29, 2006
--------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.