IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-01451-REB-PAC
 (Consolidated with Civil Action Nos., **01-cv-01472-REB-PAC, 01-cv-01527-REB-PAC, 01-cv-01616-REB-PAC, 01-cv-01799-REB-PAC, 01-cv-01930-REB-PAC, 01-cv-02083-REB-PAC, 02-cv-00333, 02-cv-00374-REB-PAC, 02-cv-00507-REB-PAC, 02-cv-00658-REB-PAC, 02–cv-00755-REB-PAC, 02-cv-00798-REB-PAC, and 04-cv-00238-REB-PAC)**

**In re QWEST COMMUNICATIONS INTERNATIONAL, INC. SECURITIES LITIGATION**

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

IT IS HEREBY **ORDERED** that the Motion to Withdraw as Attorney [filed November 22, 2006; Doc. No. 1085] is **GRANTED** as follows:

Kimberly Wolf Price is permitted to withdraw as counsel of record for defendant Robert S. Woodruff. James Miller and David L. Cook shall continue to represent defendant in this case.

Dated: November 27, 2006