## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-01451-REB-PAC

(Consolidated with Civil Action Nos. 01-RB-1472, 01-RB-1527, 01-RB-1616, 01-RB-1799, 01-RB-1930, 01-RB-2083, 02-RB-333, 02-RB-374, 02-D-507, 02-RB-658, 02-RB-755, and 02-RB-798)

In re QWEST COMMUNICATIONS INTERNATIONAL INC. SECURITIES LITIGATION

## ORDER

**Blackburn, J.**

This matter comes before the Court on Defendant Qwest Communications International Inc.'s ("Qwest") **Unopposed Motion For Entry Of Stipulated [Proposed] Order Extending Deadline For Production Of Limited Waiver Documents** [#1088], filed November 28, 2006.  Upon consideration of the submission of the parties and the relevant law, it is hereby ORDERED that the deadline set forth in this Court's September 28, 2006 Order Staying Production Of Documents for Qwest's compliance with this Court's February 2, 2006 Order Concerning Qwest's Renewed Motion to Reconsider & To Certify Interlocutory Appeal (Docket # 923) is hereby extended to **February 15, 2007.**

Dated November 28, 2006, at Denver, Colorado.

                                              **BY THE COURT:**

                                              **s/ Robert E. Blackburn**
                                              **Robert E. Blackburn**
                                              **United States District Judge**