# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-1451-REB-KLM
(Consolidated with Civil Action Nos. 01-cv-1472-REB-PAC, 01-cv-1527-REB-PAC, 01-cv-1616-REB-PAC, 01-cv-1799-REB-PAC, 01-cv-1930-REB-PAC, 01-cv-2083-REB-PAC, 02-cv-0333-REB-PAC, 02-cv-0374-REB-PAC, 02-cv-0507-REB-PAC, 02-cv-0658-REB-PAC, 02-cv-755-REB-PAC, 02-cv-798-REB-PAC and 04-cv-0238-REB-PAC)

In re QWEST COMMUNICATIONS INTERNATIONAL, INC. SECURITIES LITIGATION

---

**ORDER GRANTING LEAD PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE MOTIONS EXCEEDING THE PAGE LIMIT**

Before the Court is Lead Plaintiffs' Unopposed Motion for Leave to File Two Oversized Motions in Support of (1) Lead Counsel's Motion for Award of Attorneys' Fees and Expenses, and (2) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement with All Remaining Defendants. For the reasons stated in the Motion, the Court finds that leave to exceed the page limit is warranted.

Accordingly, it is hereby ORDERED that Lead Plaintiffs' Motion is GRANTED.

DATED: _____    _____
                                  THE HONORABLE ROBERT E. BLACKBURN
                                  UNITED STATES DISTRICT JUDGE

Submitted by:

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MICHAEL J. DOWD
SPENCER A. BURKHOLZ
THOMAS E. EGLER
SUSAN G. TAYLOR
SCOTT H. SAHAM
X. JAY ALVAREZ
TRIG R. SMITH

         s/ Thomas E. Egler
           THOMAS E. EGLER

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

**Lead Counsel for Plaintiffs**

THE SHUMAN LAW FIRM
KIP B. SHUMAN
885 Arapahoe Blvd.
Boulder, CO 80302
Telephone: 303/861-3003
303/830-6920 (fax)

**Liaison Counsel**

S:\Settlement\Qwest.set\ORD00056416.doc

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 23, 2008.

s/ Thomas E. Egler
THOMAS E. EGLER

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: TomE@csgrr.com

# Mailing Information for a Case 1:01-cv-01451-REB-KLM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **X. Jay Alvarez**
  JayA@csgrr.com,e_file_sd@csgrr.com

- **Timothy Granger Atkeson**
  Tim_Atkeson@aporter.com,jeffrey_lewis@aporter.com,tracey.davisson@aporter.com,susan.cole@ap

- **Michael James Barry**
  mbarry@gelaw.com,mhartman@gelaw.com,gfpulver@handf.com

- **Jeffrey Allen Berens**
  jeff@dyerberens.com,jeffreyberens@comcast.net

- **Terry W. Bird**
  twb@birdmarella.com,dh@birdmarella.com

- **David Robert Boyd**
  dboyd@bsfllp.com

- **J. Patrick Bradley**
  jpb@greensfelder.com

- **Jessica Brody**
  jessica_brody@aporter.com,roleen_johnson@aporter.com,arthur_luk@aporter.com,jeffrey_lewis@ap

- **Spencer A. Burkholz**
  SpenceB@csgrr.com,e_file_sd@csgrr.com

- **David Lawrence Cook**
  david.cook@cliffordchance.com

- **Jennifer Lynn Coon**
  mem@birdmarella.com

- **Merrill Gene Davidoff**
  mdavidoff@bm.net,sleo@bm.net

- **Michael J. Dowd**
  MikeD@lerachlaw.com

- **Mark T. Drooks**
  mtd@birdmarella.com,lak@birdmarella.com

- **Stephanie Erin Dunn**

sdunn@perkinscoie.com,docketden@perkinscoie.com,sdunn-efile@perkinscoie.com

- **Thomas E. Egler**
  TomE@lerachlaw.com

- **Kevin D. Evans**
  kdevans@s-elaw.com,cmcnear@s-elaw.com

- **Clyde A. Faatz , Jr**
  cafaatz@handf.com,kjscholet@handf.com,gfpulver@handf.com

- **Christopher James W. Forrest**
  cjforrest@handf.com,kjscholet@handf.com,gfpulver@handf.com

- **Joshua David Franklin**
  jdf@denverda.org

- **John A. Freedman**
  john_freedman@aporter.com

- **Walter W. Garnsey , Jr**
  wgarnsey@kghllaw.com,smiller@kghllaw.com

- **Terence C. Gill**
  tgill@sah.com,efiling@sah.com

- **Michael W. Gross**
  mwgross@juno.com,mgross@sgattorneys.com

- **Marcy Marie Heronimus**
  mheronim@sah.com,efiling@sah.com,peckman@sah.com

- **Michael James Hofmann**
  michael.hofmann@hro.com,jackie.delay@hro.com

- **Kevin Brent Huff**
  khuff@khhte.com

- **Richard L. Jacobson**
  richard.jacobson@aporter.com,michael.hausenfleck@aporter.com

- **Roberta A. Kaplan**
  rkaplan@paulweiss.com

- **Curtis L. Kennedy**
  CurtisLKennedy@aol.com

- **Gary Michael Kramer**
  gkramer@bw-legal.com,amcarrillo@bw-legal.com

- **Alfred P. Levitt**
  alevitt@bsfllp.com

- **Vincent J. Marella**
  vjm@birdmarella.com,lak@birdmarella.com

- **David Meister**
  david.meister@cliffordchance.com

- **Jeffrey D. Meyer**
  jmeyer@moultonmeyer.com,rhuron@moultonmeyer.com

- **Charles G. Michaels**
  michaels@cmichaelslaw.com

- **James D. Miller**
  james.miller@cliffordchance.com,andrew.good@cliffordchance.com,yoko.nitta@cliffordchance.com,

- **Robert Nolen Miller**
  rmiller@perkinscoie.com,docketden@perkinscoie.com,rmiller-efile@perkinscoie.com

- **Barbara C. Moses**
  bmoses@maglaw.com,jlaing@maglaw.com

- **Edward S. Nathan**
  enathan@sgklaw.com,khoward@sgklaw.com,ejimenez@sgklaw.com

- **James E. Nesland**
  neslandje@cooley.com,foutsdl@cooley.com,calendarreq@cooley.com,inghramjl@cooley.com

- **Sharan Nirmul**
  snirmul@gelaw.com

- **Robin Lee Nolan**
  RNolan@bw-legal.com

- **Keith F. Park**
  keithp@lerachlaw.com

- **Elissa J. Preheim**
  Elissa.Preheim@aporter.com

- **Thomas Vincent Reichert**
  tvr@birdmarella.com,exg@birdmarella.com

- **John M. Richilano**
  jmr@richilanolaw.com,jjones@richilanolaw.com

- **Kenneth F. Rossman , IV**
  krossman@rothgerber.com

- **Ashley Elizabeth Rupp**
  arupp@maglaw.com

- **Scott Saham**

scotts@lerachlaw.com

- **Scott B. Schreiber**
  scott_schreiber@aporter.com

- **Arthur M. Schwartz**
  aschwartz@sgattorneys.com,dburton@sgattorneys.com

- **Paul Howard Schwartz**
  schwartzph@cooley.com,colitigation@cooley.com,foutsdl@cooley.com,calendarreq@cooley.com,ing

- **David L. Schwarz**
  dschwarz@khhte.com

- **Kip Brian Shuman**
  kip@shumanlawfirm.com,rusty@shumanlawfirm.com,lisa@shumanlawfirm.com

- **Edward F. Siegel**
  efsiegel@efs-law.com

- **Joel M. Silverstein**
  jsilverstein@sgklaw.com

- **Jeffrey Allen Smith**
  jsmith1@cooley.com,foutsdl@cooley.com,calendarreq@cooley.com,inghramjl@cooley.com

- **Jeffrey Speiser**
  jspeiser@sgklaw.com

- **Herbert J. Stern**
  hstern@sgklaw.com

- **Michael D. Trager**
  michael.trager@aporter.com,tisha.mccray@aporter.com

- **Kevin Thomas Traskos**
  Kevin.Traskos@usdoj.gov,andrea.hough@usdoj.gov,USACO.ECFCivil@usdoj.gov

- **Jesus Manuel Vazquez , Jr**
  jvazquez@rothgerber.com,tclanahan@rothgerber.com

- **James Gregory Waller**
  gregwaller@andrewskurth.com,kpiccolo@akllp.com,amyprasad@akllp.com

- **Ronald L. Wilcox**
  ronwilcox@hillandrobbins.com,raemcgaughey@hillandrobbins.com,janestoddart@hillandrobbins.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**AnchorMedia Ventures**
Attn: Alan Henry
35 Franklin Court So.
St. Petersburg, FL 33711

**I. Walton Bader**
Bader & Bader, LLP
50 Main Street
#1000 PMB 1029
White Plains, NY 10601

**Fredric C. Clodius**
11015 Millbank Road
King George, VA 22485

**Brian Fitzpatrick**
87 Barrow Street
Apartment 6H
New York, NY 10014

**Alan Henry**
3 Highfields Lane
Northport, ME 02870

**Geoffrey C. Jarvis**
Grant & Eisenhofer, P.A.
1201 North Market Street
#2100
Wilmington, DE 19801

**Donald Keller**
5507 Kerr Dr.
Helena, MT 59602

**Tim Myles**
254 Cass Street
Portsmouth, NH 03801

**C. Mylett**
P.O. Box 1031
Coleman, FL 33521

**New York State Teachers' Retirement System**
Wayne Schneider
Joseph J. Indelicato
10 Corporate Woods Drive
Albany, NY 12211-2395

**Pennsylvania State Employees' Retirement System**
Michael A. Budin
30 Noth Third Street
Suite 150
Harrisburg, PA 17101

**Cleo J. Rauchway**
Rothgerber, Johnson & Lyons, LLP
United States District Court Box 11
1200 - 17th Street
#3000
Denver, CO 80202

**William M. Rogers**

606 S. Military Trail
Deerfield Beach, FL 33442