**EXHIBIT 1**

qwst2_opt

| OptOutNo | FirstName | LastName | Name1 |
|---|---|---|---|
| QWST2-EXCL00002 | EUGENE L | KROUSE | |
| QWST2-EXCL00003 | CAROLYN N | HICKS | |
| QWST2-EXCL00004 | LEO P | KRIEGEL | |
| QWST2-EXCL00005 | KENNETH L | NORDQUIST | |
| QWST2-EXCL00006 | MURRAY J | SMIDT | |
| QWST2-EXCL00007 | ELIZABETH A | GRAHAM | JAMES H GRAHAM |
| QWST2-EXCL00008 | DANIEL J | DEEGAN | MARY A PECK |
| QWST2-EXCL00009 | THOMAS E | PHILLIPS | |
| QWST2-EXCL00011 | VANETA D | HINRICHS | |
| QWST2-EXCL00013 | CAROLE J | GOOD | |
| QWST2-EXCL00014 | MARIANNE P | MCKENNA | |
| QWST2-EXCL00018 | BILLY | AKINS | |
| QWST2-EXCL00019 | JOHN M | GOODWIN II | HELEN K GOODWIN |
| QWST2-EXCL00020 | LOUISE M | FELBER | |
| QWST2-EXCL00022 | SIMONE M | LEROUX | |
| QWST2-EXCL00024 | RAYMOND L | KOLMAN | |
| QWST2-EXCL00025 | ARCHIE | MCNAMARA | |
| QWST2-EXCL00027 | IRENE S | SMENTEK | |
| QWST2-EXCL00028 | JEAN C | KURTIS | |
| QWST2-EXCL00030 | ANTHONY A E | ZALESKI | ANNA MARIE T |
| QWST2-EXCL00032 | ANN GAY W | PARKER | |
| QWST2-EXCL00033 | GERTRUDE D | MARTIN | |
| QWST2-EXCL00035 | LORENE C | ROOPER | |
| QWST2-EXCL00041 | CAROL E | RYDEN | |
| QWST2-EXCL00043 | BETTY MANNING | MYERS | |
| QWST2-EXCL00044 | WILLIAM E | MCKINZIE JR | ROSEMARY E MCKINZIE |
| QWST2-EXCL00046 | ANDREW J | LINDSTROM | CAROLE A LINDSTROM |
| QWST2-EXCL00049 | EMILY | BATES | |
| QWST2-EXCL00051 | EVELYN M | VIEIRA | |
| QWST2-EXCL00055 | GUIN C | RICKARD | |
| QWST2-EXCL00056 | HAZEL G | BULLOCK | |
| QWST2-EXCL00063 | MARY JANE | FISHER | |
| QWST2-EXCL00064 | DOLORES G | INGLESE | |
| QWST2-EXCL00065 | JOSEPH J | SEMINARO | |
| QWST2-EXCL00066 | SHIRLEY A | BROWN | |
| QWST2-EXCL00067 | EDWARD M | KRAUS | SHIRLEY H KRAUS |
| QWST2-EXCL00069 | SUSAN L | REILLY | |
| QWST2-EXCL00070 | CATHERINE A | CHERRY | |
| QWST2-EXCL00071 | MARIE A | RECENTIO | |
| QWST2-EXCL00072 | EDWIN A | SILVER | ELAINE B SILVER |
| QWST2-EXCL00075 | IRVIN | RICHARDSON | BEVERLY RICHARDSON |
| QWST2-EXCL00079 | PATRICIA A | VAUL | |
| QWST2-EXCL00082 | JON | KAYYEM | |
| QWST2-EXCL00083 | DENISE | VERGIN | |
| QWST2-EXCL00086 | NORMAN R | KOUBA | |
| QWST2-EXCL00087 | NORMA R | KOUBA | |
| QWST2-EXCL00088 | MICHAEL F | COSTANTINO | REGINA A COSTANTINO |
| QWST2-EXCL00091 | MARK J | ERDMAN | |
| QWST2-EXCL00092 | FAITH E | KAYE | |
| QWST2-EXCL00093 | MARGARET C | NIGLIAZZO | |

| | | | |
|---|---|---|---|
| QWST2-EXCL00094 | JEAN | SULLIVAN | |
| QWST2-EXCL00096 | DONALD | HARTH | GLORIA HARTH |
| QWST2-EXCL00097 | JOAN | JARMUSZKA | |
| QWST2-EXCL00100 | FRANCES BARKER | TUCKER | |
| QWST2-EXCL00101 | CLARENCE A | BRINK | |
| QWST2-EXCL00104 | DOROTHY T | SWARTZ | |
| QWST2-EXCL00105 | PAUL K | TROPPMAN | |
| QWST2-EXCL00106 | RONALD F | KENDALL | |
| QWST2-EXCL00107 | GENE A | COCHRAN | |
| QWST2-EXCL00108 | | KNODLE FAMILY TRUST | WILLIAM CLIFTON KNODLE |
| QWST2-EXCL00110 | FRANCES S | SCRUBY | BRIAN SCRUBY |
| QWST2-EXCL00113 | LINDA | BAFFI | |
| QWST2-EXCL00114 | BARBARA J | YODER | DONALD R YODER |
| QWST2-EXCL00115 | JEAN C | AUCH | |
| QWST2-EXCL00116 | ELSIE J | GRIFFITH | |
| QWST2-EXCL00118 | TOMMIE | SUAREZ | |
| QWST2-EXCL00119 | ROBERT H | KENNEDY | |
| QWST2-EXCL00120 | ELEANOR B | MACRILLO | |
| QWST2-EXCL00124 | EUNICE M | DAVIDSON | |
| QWST2-EXCL00125 | DONALD A | GABHART | RUBY L GABHART |
| QWST2-EXCL00126 | PATRICIA | BULLOCH | |
| QWST2-EXCL00127 | GEORGE | GRAY | ANNE C GRAY |
| QWST2-EXCL00128 | PETER L | PRICE | |
| QWST2-EXCL00129 | DIANNE S | MCCLOUD | DIANNE S THIEDE |
| QWST2-EXCL00130 | MARGARET JANE WILSON | MUGISH | |
| QWST2-EXCL00131 | HELEN | STEVENSON | |
| QWST2-EXCL00133 | BRUCE N | LONG | |
| QWST2-EXCL00134 | SHIRLY | DRYE | |
| QWST2-EXCL00135 | JOEL J | HALL | |
| QWST2-EXCL00136 | SHIRLEY A | HIGGS | |
| QWST2-EXCL00137 | ROY | WINCHENBAUGH | |
| QWST2-EXCL00138 | DORIS | WINCHENBAUGH | |
| QWST2-EXCL00139 | | MUNDER CAPITAL MANAGEMENT | |
| QWST2-EXCL00140 | | MUNDER ASSET ALLOCATION FUND | |
| QWST2-EXCL00141 | | MUNDER LARGE-CAP GROWTH FUND | |
| QWST2-EXCL00142 | | MUNDER INTERNET FUND | |
| QWST2-EXCL00143 | | MUNDER INDEX 500 FUND | |
| QWST2-EXCL00144 | | MUNDER INSTITUTIONAL S&F INDEX FUND | |
| QWST2-EXCL00146 | ALAN E | JOHNSON | |
| QWST2-EXCL00147 | L MAXINE | ARNOLD | |
| QWST2-EXCL00148 | EVELYN F | MOSES | |
| QWST2-EXCL00151 | FRANCES M | SLATER | |